EXHIBIT

# USDA DFAP - Helpline: 1-800-721-0970
Paper-Copy Application

## Confirmation Details

| | | | |
|---|---|---|---|
| **Submission Date (PT)** | **Submission Type** | **Award Status** | |
| 2024-01-12T09:19:15.399-08:00 | online | Award Issued | |
| **Application Confirmation ID** | **Applicant First Name** | **Applicant Last Name** | **Mailing Address** |
| 331995942534 | Suzanne | Brown | P.O. Box 253 |
| **City** | **State/Province** | **Zip/Postal Code** | **Primary Phone Number** |
| Errol | nh | 03579 | 603-828-4860 |
| **Email Address** | **Last 4 SSN** | **Last 4 ITIN** | **Date of Birth** |
| | 0360 | | 07/15/1965 |

## Award Details

### Award Status

Award Issued

Thank you for your application(s) to the United States Department of Agriculture's (USDA) Discrimination Financial Assistance Program (DFAP). After careful review, the program administrators have found your application eligible for financial assistance. The below referenced check constitutes your financial assistance award. Your application was evaluated in accordance with the requirements set by Congress in the Inflation Reduction Act Section 22007 and program guidelines established and enforced by USDA. **This determination is final.**

Simply take the check and present it to a bank of your choice to deposit or cash. We encourage you to speedily cash or deposit the check, and recommend that you use an FDIC-insured or NCUA-insured institution.

Financial assistance received through this program is part of a recipient's 2024 gross income, for tax purposes, regardless of when the check is cashed or deposited. **You are responsible for compliance with all applicable federal, state, and local tax requirements, and with all applicable federal, state, and local tax requirements and with any federal benefit reporting obligations that arise as a result of this award. For more information, see** Taxes & Benefits **on the DFAP website.**

USDA views this program as one of many steps in the Department's broader efforts to improve equity, accessibility and inclusiveness in our programs so that everyone who wants to participate in agriculture has the opportunity to do so. This is part of building a USDA that truly becomes the "People's Department." More information about DFAP and other USDA resources is available at ......... and ......... . Additional program information, including how this award was calculated, is available on the ......... . You can also call the DFAP Call Center at the number below.

DFAP Call Center: 1-800-721-0970, M-F, 8 am to 8 pm Eastern, info@22007apply.gov

### Award Amount

41960.00

### Check Date

7/29/2024

Check Number

4039-58172391

Applicant Name

SUZANNE BROWN

Applicant Address

P.O. BOX 253, ERROL, NH 3579

Related Application(s) Confirmation IDs, if applicable:

## Introduction

This is your submission for financial assistance from the Inflation Reduction Act's (IRA) Section 22007 USDA Discrimination Financial Assistance Program (DFAP).

**Applications filed through this online form must be submitted by January 17, 2024, at 11:59 pm PST.**

**Before you begin, please review the** Application Instructions and FAQs **for important information and requirements for completing this Application.** You may also find reviewing the PDF version of the paper-copy Application helpful before completing the online form, so you can view all questions and requirements in advance. You will proceed through the online Application in a step-by-step manner, meaning you will not be able to move past the current section without completing it in its entirety. The paper-copy Application is available to you for reference throughout the online Application filing process by selecting the link on this page or in the header.

☑ **I have reviewed the Application Instructions and FAQs.**

The Online Application User Guide includes helpful information about using this online form to file your Application. If you need additional help with your Application, please contact the National Call Center.

## Program Eligibility Requirements

**This Application is for individuals who:**

**(1)** Experienced discrimination, prior to January 1, 2021, by the Department of Agriculture (USDA) in USDA farm loan programs, which are currently administered by the Farm Service Agency (FSA);

AND/OR

**(2)** Are currently debtors with assigned or assumed USDA farm loan debt that was the subject of USDA discrimination that occurred prior to January 1, 2021. (This applies, for example, if you inherited the debt that was the subject of USDA farm loan program discrimination.)

 IF YOU DO NOT MEET AT LEAST ONE OF THESE REQUIREMENTS, YOU ARE NOT ELIGIBLE TO APPLY FOR THIS FINANCIAL ASSISTANCE.

☑ **I have reviewed the Program Eligibility Requirements.**

## Important Information Regarding Documentation Requirements

## Documentation Requirements

### Documentation Requirements

Throughout this Application, you will be asked to include documentation to support your Application.

- The instructions use the word **must** where documentation is strictly required; this means you must supply the requested supporting documents.

- The instructions use the word **may** where documentation would be **helpful** to assessing your Application. **This means that your Application would be stronger if you provide documentation.**

- If you submit a statement by another person, in support of your Application, that statement must be under penalty of perjury; you should use the form available at ?????????, ??? or a document substantially like it.

Reviewing the ????????????????, before you begin your submission, may assist you in gathering and submitting documents helpful to process your Application.

???????????????? are posted to the Program website. Use these templates, or forms substantially similar, when providing this information.

It is critical that you provide the list of required documents for your Application to be considered; **certain documents, if not provided, may disqualify you from participating in this program.**

# How to Provide Documentation

## How to Provide Documentation

There are two ways to provide documentation: submit it online, or mail it to your DFAP Regional Office (note: NOT to a USDA regional office).

**1. Upload documentation to the online Application:** you can upload your documentation to this online Application in the **Documentation Summary** section.

- You must upload documentation **before** you submit the application itself; the deadline is 11:59 p.m. PST, January 17, 2024.

- Files **must** be in **PDF** format.  Learn how to create PDF documents.

- There is no limit to the number of PDF files you can attach.

- The file size for a single uploaded PDF file is limited to 250MB; if you need more space, you can upload multiple files up to a total size of 500MB.

- **Do not encrypt or password protect your files.**

**2. Send documentation separately to your DFAP Regional Office:** you can mail some or all of your documentation to your DFAP Regional Office. In order for the separately submitted documentation to be considered in the evaluation of your Application:

- You **must** indicate in the Documentation Summary section that you intend to separately submit some or all of your documentation.

- You **must** proceed as follows:

  - Provide a cover letter along with your documentation which references your name, your Application Confirmation ID (which will be emailed to you upon submission of your online Application), and a list of the enclosed documentation.

  - List your Social Security Number or Individual Taxpayer Identification Number on the top of each document.

  - Once you submit your efiled Application, you have two business days to submit supporting documents; please use a single envelope. You can mail them, postmarked no later than **January 19, 2024**. Mailing addresses are listed on this site, under "Mailing Addresses for Application Submissions".

  - **Please do not send original documents as they will not be returned to you and may be destroyed.**

## Documentation Templates

### Documentation Templates

Please visit the Program Website for the following documentation templates, available for your use. Use these templates where needed:

- Statement Under Penalty of Perjury Template
  - (If you prefer, you can use any format that is substantially similar to this one, under 28 U.S.C. §1746.)

- Additional Co-Borrowers Template (STEP 2)

- Additional Entities Template (STEP 2)

- Additional Instances of Discrimination Template (STEP 5)

- Additional Information (OPTIONAL) Response Template (STEP 8)

- Tax Forms (STEP 9)
  - IRS Form W-9
  - IRS Form W-8BEN
  - IRS Form W-8ECI

- Signature Page Templates (STEP 10)
  - Applicant Signature Page Template
  - Preparer, Guardian or Lawyer Signature Page Template


☑ **I have reviewed the Important Information Regarding Documentation Requirements.**

## STEP 1: About You

### A. IDENTIFYING INFORMATION:

Information provided here is for program administrators to understand who you are and how to get in contact with you if there are questions about your Application. **Please use your full legal name.**

- If you are/were a member of a business entity that participated in a USDA farm loan program, you **must** also fill in STEP 2, Part C.

- If you have a legal guardian, this part's identifying information refers to you (even if it is completed by the legal guardian); the legal guardian's name and contact information should be included in Part C below.

Your Last Name:                                    Suffix:

Brown

First Name:                                         Middle Name:

Suzanne

Mailing Address:

P.O. Box 253

Apartment/Suite Number:


Is the address located in US, Canada or Other?
- ◉ US
- ○ Canada
- ○ Other

City:

Errol

State/Territory:

NH

Zip/Postal Code:

03579

Best Telephone Number during Weekdays:

Please select which type of phone number you will be providing.
- ◉ US/Canadian
- ○ Non-US/Canadian

US/Canadian Phone Number:

603-828-4860

Alternate Telephone Number(s):

2072003811

Email Address:                                      Date of Birth:

                                                    7/15/1965

Do you have a Social Security Number?    Please provide your Social Security    Social Security Last 4 digits:
- ○ No                                    Number:
- ◉ Yes                                                                          0360

                                          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

| Do you have an *Individual* Taxpayer Identification Number? | Please provide your *Individual* Taxpayer Identification Number: | *Individual* Taxpayer Identification Last 4 digits: |
|---|---|---|
| ○ No<br>○ Yes | | |

List any other name that you have used or done business with USDA under (e.g., maiden name):

| Last Name (including suffix): | First Name: | Middle Name: |
|---|---|---|
| | | |
| Last Name (including suffix): | First Name: | Middle Name: |
| | | |
| Last Name (including suffix): | First Name: | Middle Name: |

---

## Supporting Documentation Requests

You **must** provide at least TWO (2) acceptable forms of identification. Please indicate which two you are providing from the list below.

☐ U.S. Passport

☑ Driver's license or ID card issued by a state or possession of the United States provided it contains a photograph

☐ U.S. Military ID card

☐ U.S. Military dependent's ID card

☐ U.S. Social Security Card issued by the Social Security Administration

☑ Original or certified copy of a birth certificate issued by a state, county, municipal authority, or outlying possession of the United States bearing an official seal

☐ U.S. citizen ID card (Form 1-197)

☐ ID Card for use of Resident Citizen in the United States (Form 1-179)

☐ Certification of Birth Abroad issued by the Department of State (Form FS-545 or Form DS-1350)

☐ Unexpired employment authorization document issued by the Department of Homeland Security

☐ ID document issued by the federal government, a federally recognized tribal government, or a state recognized tribal government.

☐ Voter registration card

☐ Tax bill issued within the last year showing name and current address

☐ Utility bill issued within the last 60 days showing name and current address

☐ Voided check imprinted with name and current address

☐ Bank statement issued within the last 60 days showing name and current address

☐ Government issued medical ID card showing name and current address

☐ Valid vehicle registration showing name and current address

☐ Current pay stub, imprinted with company name, issued within the last 60 days and showing applicants's name

☐ Rent receipt, imprinted with the property management company or apartment building name, issued within the last 60 days showing name and current address

You **must** provide proof of your Social Security Number (SSN) or Individual Taxpayer Identification Number (ITIN). Please indicate which document you are providing from the list below. Any official or financial document reflecting SSN or ITIN, such as:

☑ Social Security or Individual Taxpayer Identification card

☐ W-2 Form with full SSN or ITIN

☐ SSA-1099 Form with full SSN or ITIN

☐ Non-SSA 1099 Form with full SSN or ITIN

☐ 1098 Form with full SSN or ITIN

☐ Bank, loan, or financial documents with full SSN or ITIN

☐ Paystub with full SSN or ITIN

☐ Other

---

## B. INFORMATION ABOUT ALTERNATIVE CONTACTS:

This part asks for two kinds of alternative contacts. The first is a person we can contact to attempt to locate you, if we are having difficulty in reaching you.  The second is someone with whom we can discuss your Application.

1. Would you like to designate someone whom we can contact to locate you, if we are having difficulty reaching you? This could be a spouse or (adult) relative, lawyer, or someone else:

◉ No. If no, proceed to the next question.
○ Yes. If yes, provide the alternative contact's information:

Last Name of the person who can help us locate you.:

First Name:                                             Middle Name:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?
○ US
○ Canada
○ Other
City:

Zip/Postal Code:

Please select which type of phone number you will be providing.
◉ US/Canadian
○ Non-US/Canadian
Email Address:

Relation of contact to you (select one):
○ Relative
○ Lawyer
○ Other legal representative
○ Other

2. Would you like to designate someone with whom we can discuss your Application? This could be a spouse or (adult) relative, lawyer, or someone else:

◉ No. If no, proceed to the next question.
○ Yes. If yes, you are authorizing the program administrators, the program administrators' designees, the U.S. Department of Agriculture, or agency contractors assisting in the administration of the Program to contact the listed individual if the program administrators need additional information or clarification about your Application. Please provide the alternative contact's information:

Last Name of the person who can discuss your Application with us:

First Name:                                             Middle Name:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?
○ US
○ Canada
○ Other

City:

Zip/Postal Code:

Email Address:

Please select which type of phone number you will be providing.
◉ US/Canadian
○ Non-US/Canadian

Relation of contact to you (select one):
○ Relative
○ Lawyer
○ Other legal representative
○ Other

## C. INFORMATION ABOUT ANYONE HELPING YOU IN PREPARING THIS FORM:

Has someone helped you fill out this Application? (Note: you do not need to provide information about help you received from this program's 1-800 number.)
◉ No. If no, skip to STEP 2.
○ Yes. If yes, provide their information:
  NOTE: PREPARERS, INCLUDING GUARDIANS, MUST SIGN THE APPLICABLE CERTIFICATIONS IN STEP 10.

Last Name:                                    First Name:

Firm Name, if applicable:

Mailing Address:

Apartment/Suite Number:

Is the address located in US, Canada or Other?
○ US
○ Canada
○ Other

City:

Zip/Postal Code:

Email Address:

Please select which type of phone number you will be providing.

○ US/Canadian
○ Non-US/Canadian

Type of helper (select one):

○ Lawyer
○ Other legal representative
○ Technical assistance provider
○ Legal guardian (You **must** provide documentation of your appointment as a legal guardian)
○ Other

**Supporting Documentation Requests**

Please indicate whether you will provide the below listed document.
You **must** provide proof that you are a legal guardian. Submit the following:

☐ Guardianship order by a court with jurisdiction

## STEP 2: Type of Applicant

## A. WHAT TYPE OF APPLICANT ARE YOU?

Please select the choice that best describes you *(Choose only one)*:

**Please be advised** that your selection below will impact which options are available to you in STEP 2 as well as STEP 4. Please read the below options carefully before making your selection. Additionally, if you change your response to this question after you have begun capturing information in either STEP 2 or STEP 4, your information will be removed.

- ● Self, and I was the only USDA farm loan borrower or would-be borrower. (You don't need to fill out the rest of STEP 2. Skip to STEP 3.)
- ○ Self, and I had a co-borrower (e.g., a spouse or some other person). (Fill out Part B below)
- ○ Self, and I participated in USDA farm lending as a member of an entity. (Fill out Part C below)
- ○ I am the debtor for assigned/assumed debt that is the subject of this Application, and I do not have any co-borrowers. (Fill out Part D below)
- ○ I am the debtor for assigned/assumed debt that is the subject of this Application, and I have co-borrower(s). (Fill out Parts B and D below)

## B. INFORMATION ABOUT THE CO-BORROWER(S):

Provide information about all co-borrowers to your USDA farm lending loan. Please do not provide your information in this part, rather, only provide information for any co-borrower(s), as applicable.

---

**Supporting Documentation Requests**

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your co-borrowers, you **may** provide one or more of the following loan documents that list them. For example:

- ☐ FSA-2001
- ☐ Promissory note
- ☐ Mortgage deed, if it lists co-borrowers
- ☐ Other

---

1. How many total co-borrower(s) (not including yourself) are there?

You may provide information for up to 5 co-borrower(s) with the online application. How many total co-borrower(s) will you provide?

Please fill out the information below for the first five co-borrowers. If there are more than five co-borrowers, please provide the template

- ☐ Check here to indicate you will separately provide information for *more than* 5 co-borrowers on your USDA farm lending loan.

## C. INFORMATION ABOUT THE ENTITY:

If your participation in a USDA farm loan program was as a "member" of an entity (for example, a corporation or a formal partnership), you **must** provide information about that entity, and your and other members' interest in it.

Provide information about all entities that you were a member of that participated in USDA farm loan programs.

1. How many total entities are there?

You may provide information for up to 6 entities with the online application. How many total entities will you provide?

Please fill out the information below for the first 6 entities. If there are more than 6 entities, please attach the template with the additional entities' information in the same format as requested below.

☐ Check here to indicate you will separately provide information that you were a member of more than 6 entities that participated in USDA farm loan programs.

## D. ASSIGNED/ASSUMED DEBT:

If this Application for financial assistance involves assigned or assumed debt, provide information about the Original Borrower.

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If this Application for financial assistance involves assigned or assumed debt, you **may** provide documentation demonstrating the assignment or the assumption of that debt from the original borrower to yourself, such as:

☐ Copy of loan or mortgage assignment or assumption           ☐ Other

---

**Information about the Original Borrower:**

Was the original borrower an individual or an entity?
○ Individual
○ Entity

Mailing Address:


Apartment/Suite Number:


City:


Is the address located in US, Canada or Other?
○ US
○ Canada
○ Other

Zip/Postal Code:


Date of Birth:


Please provide the original borrower's Social Security Number, if they have one:

Please provide the original borrower's Individual Taxpayer Identification Number, if they have one:


Please provide the original borrower's Entity Taxpayer Identification Number, if they have one:


Please list any other name that the original borrower used or did business with USDA under (e.g., maiden name):

Last (including suffix) or Name of Entity           First Name:

## STEP 3: Eligibility for this Program as a Farmer or Rancher

Have you ever been a farmer or rancher?

◉ Yes. Fill out Part A, below, if you have ever been a farmer or rancher.

○ No. Fill out Part B, below, if you intended to become a farmer or rancher, but were unable to do so because you were discriminatorily denied access to a USDA farm loan program.

## A. FOR APPLICANTS WHO ARE OR WERE FARMERS OR RANCHERS:

1. Did you own or lease your farmland during the period of discrimination?

○ Own

◉ Lease

○ Both Owned and Leased

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that you owned your farm or ranch, you **must** submit at least one of the following:

☐ Deed                                              ☐ Property tax records

☐ Producer farm report indicating OWNER             ☐ Other

---

2. Where is the farmland that you owned or leased during the period of discrimination located?

Street address (or crossroads or other verifiable description, if there is no street address):

114 Lake Umbagog

| City: | State/Territory: |
|---|---|
| Errol | NH |

| Zip code: | County: |
|---|---|
| 03579 | Coos |

3. What are the FSA Farm Number(s) or FSA Farm Tract Number(s) for farmland that you owned or leased during the period of discrimination?

(Note: the FSA Farm or Farm Tract Number will assist in processing your application, but if you didn't have one or no longer know what it was, that is not disqualifying.)

a. How many FSA Farm Number(s) will you provide?

b. If you had FSA Farm Tract Number(s), list them here:

How many FSA Farm Tract Number(s) will you provide?

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the location of your farming or ranching operation, it is sufficient to provide the FSA Farm Number (Question 3), FSA Farm Tract Number (Question 3) or FSA Farm Loan Number (STEP 4). If you don't have any of those, you **may** submit at least one of the following:

☐ Deed                                   ☐ Marketing or other business materials that include the name of the operation and its address

---

☐ Property tax records                                    ☐ Land Survey

☐ Lease                                                        ☐ Other

**4. What years did you farm or ranch? (e.g., 1995-2015)**

2015-2024

**5. What is/was the name of your farm or ranch that you owned or leased during the period of discrimination?**

Great North Woods Farm

**6. In a few sentences, please describe your farm or ranch during the period of discrimination:**

Attempted to conduct commercial maple operation but due to loan discrimination (arbitrary determination of unauthorized assistance and threats of non-monetary default determination and foreclosure and equipment seizure) have not been able to establish more than personal/family maple crop. Lack of income from maple also affected ability to fund market garden later in each season.

**7. What were your main crops or livestock during the period of discrimination?**

Maple, organic market garden

**8. What was your one main crop or livestock type (in terms of revenue) during the period of discrimination?**

Maple

**Questions 9, 10, and 11 are ONLY for individuals who did not have an FSA Farm Number (Question 3), an FSA Farm Tract Number (Question 3), or an FSA loan number (STEP 4):**

We ask the questions that follow in order to help you establish that you were, in fact, a farmer or rancher. Your answers to these questions are not part of our evaluation whether discrimination occurred.

**9. If you are unable to provide an FSA Farm Number, an FSA Farm Tract Number, or an FSA Loan Number, please explain why not.**

---

**Supporting Documentation Requests**

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that you had a farming or ranching operation, it is sufficient to provide the FSA Farm Number (Question 3), FSA Farm Tract Number (Question 3) or FSA Farm Loan Number (STEP 4).

If you don't have any of those, you **may** submit:

☐ Lease that demonstrates farm operation                    ☐ Documentation of membership in farm organizations

☐ IRS 1040 Schedule F                                            ☐ Financial records (bills, receipts for supplies or equipment, evidence of farm program participation, evidence of payment to the farm by third parties)

☐ State Agricultural Land Valuation documentation            ☐ Records reflecting farm ownership from third party farm suppliers

☐ Statement under penalty of perjury from a non-family member who knew you were a farmer at the time of the discrimination, describing your operations and how they have knowledge of your operation            ☐ Other

---

**10. Have you ever participated in or received benefits from a USDA farm program?**

○ No. If no, proceed to the next question.

◉ Yes. If yes, select all boxes that apply:

☑ I receive or received FSA Program payments or NRCS program payments.

From what program(s):

USDA Microloan

☑ I have an existing farm producer account in www.farmers.gov (FSAFarm+)

☐ Other

please specify:

11. If you are unable to provide an FSA Farm Number, an FSA Farm Tract Number, or an FSA Loan Number, please provide any other evidence that you were a farmer or rancher. See sidebar for possible documentation.

## B. FOR APPLICANTS WHO NEVER FARMED, BUT WHO WOULD HAVE OPERATED A FARM OR RANCH IF THEY HAD RECEIVED A LOAN THROUGH A USDA FARM LOAN PROGRAM:

Fill out this part only if you have never farmed, but:

- you intended to farm, and
- you attempted to obtain a USDA farm loan, for which you were qualified, and
- you were not able to obtain a USDA farm loan because of discrimination by USDA in its farm loan programs.

The questions in this part are where you can establish that you did attempt to farm. For each question, you should provide additional documentation if it is available. (Your efforts to obtain a USDA loan are covered in STEP 4; the discrimination is covered in STEP 5.)

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your plans, you **may** provide any supportive documentation. For this part, more documentation would be helpful to your Application. For example:

| | |
|---|---|
| ☐ Your business plan | ☐ Your marketing plan |
| ☐ Your loan application | ☐ Receipts from relevant purchases or equipment leases |
| ☐ A statement under penalty of perjury from a non-family member who knew your plans, describing those plans and how they have knowledge of your attempt | ☐ Documentation of farm-related education |
| ☐ Documentation of farm-related employment | ☐ Other |

---

1. Did you plan to buy or lease the land you intended to farm?
○ Buy
○ Lease

2. Please describe in detail the farmland you intended to buy or lease, providing as much of the information below as you can.

a. If the farmland had FSA Farm Tract Number(s), provide them here:

How many FSA Farm Tract Number(s) will you provide?

b. Land location (required):

Street address (or crossroads or other verifiable description, if there is no street address)

City:                                          State:

Zip code:                                      County:

c. Number of acres you intended to buy or lease:

d. Things you did to prepare to farm, including education or other activities:

e. Investments you made to prepare to farm:

f. Types of crops (including trees) you intended to plant and harvest:

g. Types of livestock you intended to raise:

h. Describe specifically any farming equipment you bought, leased, or otherwise obtained :

i. What were your marketing plans for the crops you intended to produce and the livestock you intended to raise? (That is, how did you plan to sell the crops/livestock, and to whom?)

j. Provide any other details that demonstrate that you intended to farm or ranch:

## STEP 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program

**\*1.** If you directly experienced discrimination, what type of USDA farm loan program did you participate in or attempt to participate in during the period of discrimination?

**(Select all that apply)**

☑ Check here if you participated in direct lending (Fill out Part A, below)

☐ Check here if you participated in guaranteed lending (Fill out Part B, below)

☐ Check here if you attempted to participate in direct lending (Fill out Part C, below)

☐ Check here if you attempted to participate in guaranteed lending (Fill out Part D, below)

2. If you have assumed or assigned debt, what type of USDA farm loan program covered that debt during the period of discrimination?

**(Select all that apply)**

☐ Check here if your assumed or assigned debt comes from direct lending (Fill out A, below)

☐ Check here if your assumed or assigned debt comes from guaranteed lending (Fill out B, below)

NOTE: If your Application is based on guaranteed lending, please note that only discrimination by **USDA** is covered by this program.

## A. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN DIRECT LENDING, ANSWER THE FOLLOWING QUESTIONS:

Please provide the following information regarding your loan(s), if available:

1. How many FSA Farm Loan Number(s) will you provide?

1

FSA Farm Loan Number 1

4401

---

### Supporting Documentation Requests for Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your participation in USDA Farm Lending if you **do NOT have an FSA Farm Loan number**, you **must** provide at least one of the following:

☑ Loan documentation (e.g. USDA loan application or agency letters indicating loan approval)

☐ Proof of loan payments made (canceled checks or bank statements showing payments were made)

☑ Promissory note that you signed at the beginning of the loan

☐ Other

---

**\*2.** Type of loan (Select all that apply):

☐ Farm Ownership Loan (FO)

☐ Farm Storage Facility Loan (FSFL)

☐ Farm Operating Loan (OL)

☐ Economic Emergency (EE)

☐ Conservation Loan (CL)

☐ Soil and Water (SW)

☑ Microloan (ML)

☐ Grazing

☐ Emergency Loan (EM)

☐ Softwood Timber (ST)

☐ Youth Loan (YL)

3. Total original amount of all USDA direct farm loans, during the period of discrimination:

$ 50,000

4. Approximate amount of debt owed currently (principal and interest) on your USDA direct farm loan(s):

$ 0

5. Approximate total of all payments made to date on your USDA direct farm loan(s):

$ 16,000

## B. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN GUARANTEED LENDING, ANSWER THE FOLLOWING QUESTIONS:

Please provide the following information regarding your loan(s), if available:

1. Guaranteed Loan Bank Name:


2. Bank Loan Number(s):


3. How many FSA Farm Loan Number(s) will you provide?


---

### Supporting Documentation Requests for Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your participation in USDA Farm Lending if you **do NOT have an FSA Farm Loan number**, you **must** provide at least one of the following:

☐ Loan documentation (e.g. USDA loan application or agency letters indicating loan approval)

☐ Proof of loan payments made (canceled checks or bank statements showing payments were made)

☐ Promissory note that you signed at the beginning of the loan

☐ Other

---

4. Type of loan (Select all that apply):

☐ Farm Ownership Loan (FO)

☐ Economic Emergency (EE)

☐ Farm Operating Loan (OL)

☐ Emergency Livestock (EL)

☐ Conservation Loan (CL)

5. Total original amount of all USDA guaranteed farm loans, during the period of discrimination:

$

6. Approximate amount of debt owed currently (principal and interest) on your USDA guaranteed farm loan(s):

$

7. Approximate total of all payments made to date on your USDA direct farm loan(s):

$

## C. IF YOU TRIED TO PARTICIPATE IN DIRECT LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION:

1. Please select your citizenship status at the time you tried to participate in direct lending:

○ U.S. citizen

○ U.S. non-citizen national (a person born in American Samoa or Swains Island on or after the date the U.S. acquired American Samoa or Swains Island, or a person whose parents are U.S. noncitizen nationals)

○ Qualified alien as identified in Section 401 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (8 U.S.C. Section 1611). This includes lawful permanent residents and others identified at p. 280 of

---

### Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your citizenship status at the time you **attempted** to participate in a USDA Farm Lending Program, you **must** provide documentation if you were not a citizen:

☐ Documentation described in (pdf page 299).

If you were a Qualified Alien as defined under PRWORA (8 U.S.C. 1641), you **must** provide either:

☐ BCIS Form I-551 (commonly known as a "green card")          ☐ Other documentation described in (pdf page 295).

---

2. What type of USDA farm loan did you seek? (Select all that apply)

☐ Farm Ownership Loan (FO)

☐ Farm Storage Facility Loan (FSFL)

☐ Farm Operating Loan (OL)

☐ Economic Emergency (EE)

☐ Conservation Loan (CL)

☐ Soil and Water (SW)

☐ Microloan (ML)

☐ Grazing

☐ Emergency Loan (EM)

☐ Softwood Timber (ST)

☐ Youth Loan (YL)

3. Describe the steps you took to try to get a loan:

---

### Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your attempt to participate in direct or guaranteed USDA Farm Lending, you **may** provide any available documentation, such as:

☐ Loan application                                    ☐ FSA-2211 (Application for Guarantee)

☐ Receipt for service                                 ☐ Statement under penalty of perjury by a non-relative explaining how you attempted to participate in USDA direct or guaranteed lending, and how they have knowledge of your attempt.

☐ Agency letter(s) relating to the loan               ☐ Prior complaint by you, in a court or to USDA

---

☐ Letter or other document by a non-relative, close in time to the event,     ☐ Other
explaining how you attempted to participate in USDA direct or
guaranteed lending.

4. What was the amount of the loan you sought?

$

5. When did you try to get a USDA farm loan?

6. Who did you speak to at USDA (including FSA) about this loan? (If you have this information):

    a. Name(s)/title/position:

    b. Office type and location:

7. Was a decision made on your loan application?

○ No
○ Yes. If yes, please complete 7a and 7b below:

    a. What decision was made ?

    b. To the best of your knowledge, when was the decision made?

## D. IF YOU TRIED TO PARTICIPATE IN GUARANTEED LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION:

1. Please select your citizenship status at the time you tried to participate in guaranteed lending:

○ U.S. citizen
○ U.S. non-citizen national (a person born in American Samoa or Swains Island on or after the date the U.S. acquired American Samoa or Swains Island, or a person whose parents are U.S. noncitizen nationals)
○ Qualified alien as identified in Section 401 of the Personal Responsibility and Work Opportunity Reconciliation Act of 1996 (PRWORA) (8 U.S.C. Section 1611). This includes lawful permanent residents and others identified at p. 280 of

---

### Supporting Documentation Requests for Attempted Borrowers

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your citizenship status at the time you **attempted** to participate in a USDA Farm Lending Program, you **must** provide documentation if you were not a citizen:

☐ Documentation described in
     (pdf page 299).

If you were a Qualified Alien as defined under PRWORA (8 U.S.C. 1641), you **must** provide either:

☐ BCIS Form I-551 (commonly known as a "green card")        ☐ Other documentation described in
                                               (pdf page 295).

---

2. What type of financing did you seek through a USDA farm loan program?

☐ Farm Ownership Loan (FO)

☐ Economic Emergency (EE)

☐ Farm Operating Loan (OL)

☐ Emergency Livestock (EL)

☐ Conservation Loan (CL)

3. Describe the steps you took to attempt to get a loan:

---

**Supporting Documentation Requests for Attempted Borrowers**

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your attempt to participate in direct or guaranteed USDA Farm Lending, you **may** provide any available documentation, such as:

☐ Loan application

☐ Receipt for service

☐ Agency letter(s) relating to the loan

☐ Letter or other document by a non-relative, close in time to the event, explaining how you attempted to participate in USDA direct or guaranteed lending.

☐ FSA-2211 (Application for Guarantee)

☐ Sworn statement by a non-relative explaining how you attempted to participate in USDA direct or guaranteed lending, and how they have knowledge of your attempt.

☐ Prior complaint by you, in a court or to USDA

☐ Other

To document your attempt to participate in guaranteed USDA Farm Lending, you **must also** (in addition to documents referenced immediately above) provide at least one of the following:

☐ Loan decision or conditional loan decision by the bank

☐ Correspondence with the USDA, FSA, or lending institution regarding status updates, requests for further information, or decisions on your application

☐ FSA-2211 (Application for Guarantee)

☐ Other

---

4. What was the amount of the loan you sought?

$

5. When did you seek this financing from a bank?

6. From what bank?

7. Who did you speak to at USDA (including FSA) about this loan? (If you have this information):

    a. Name(s)/title/position:

    b. Office type and location:

8. Was a decision made on your loan application by the bank?

○ No

○ Yes. If yes, please complete 8a through 8c below:

    a. What decision was made by the bank?

b. To the best of your knowledge, when was the decision made?


c. If you do not have documentation of a bank decision, how did you know the outcome of the bank's decision on your loan application?


9. Was a decision made on your participation in USDA guaranteed lending by USDA/FSA?

○ No

○ Yes. If yes, please complete 9a and 9b below:

a. What decision was made by USDA/FSA?


b. To the best of your knowledge, when was the decision made?

## STEP 5: Discrimination in USDA Farm Loan Programs

This part of the Application asks you to describe the actions you believe USDA took against you in administration of a USDA farm loan program, because of your:

- race
- color
- national origin or ethnicity
- sex
- sexual orientation
- gender identity
- religion
- age
- marital status
- disability
- reprisal/retaliation for prior civil rights activity

Covered discrimination could include, for example: failure to provide appropriate assistance; delay in processing loan or loan servicing application; denial of a loan or loan servicing; prevention from applying for a loan or loan servicing; adverse loan terms; unduly onerous supervision of loan requirements—where these were due to discrimination.

## A. BASIS OF DISCRIMINATION:

1. Please indicate the basis of the discrimination by USDA

Select all that apply and note information as of the time of the instance(s).

NOTE: For each category, if the discrimination was on the basis of perceived (rather than actual) status or identity, please explain in question 2, below.

a. Race:
- ◉ No
- ○ Yes

      If yes, please specify your race: {Select all that apply}:

         ☐ American Indian or Alaska Native

         ☐ Asian

         ☐ Black / African American

         ☐ Native Hawaiian / Other Pacific Islander

         ☐ White

         ☐ Other

      Please specify:


b. Color:
- ◉ No
- ○ Yes. If yes, please specify your color


c. National Origin (including ethnicity):
- ◉ No
- ○ Yes

      If yes, please specify your national origin and/or ethnicity

         ☐ Hispanic or Latino

         ☐ Other

      Please specify:

**d. Sex:**

○ No
◉ Yes

        **\*If yes, please specify your sex:**

          ☐ Male

          ☑ Female

          ☐ Non Binary

**e. Sexual Orientation (e.g., the status of being gay or lesbian):**

○ No
◉ Yes. If yes, please specify your sexual orientation

homosexual

**f. Gender Identity (e.g., the status of being transgender):**

◉ No
○ Yes. If yes, please specify your gender identity

**g. Religion:**

◉ No
○ Yes. If yes, please specify your religion

**h. Age:**

○ No
◉ Yes. If yes, please specify your age

58

**i. Marital Status:**

○ No
◉ Yes. If yes, please specify your marital status

Married to a woman

**j. Disability:**

◉ No
○ Yes. If yes, please specify your disability

**k. Reprisal or retaliation for prior civil rights activity:**

○ No
◉ Yes. If yes, please specify the prior civil rights activity for which you are asserting reprisal or retaliation

Complaints about the inefficient, onerous, discriminatory loan process, protests, NAD appeal, etc.

---

## Supporting Documentation Requests

Please indicate which of the below documents you will provide with your Application. Select all that apply.

American Indian/Alaska Native means any citizen of the United States who can document membership in a federally or state recognized tribe, band, nation, or community, including any Alaska Native village or regional or village corporation (as established in the Alaska native Claims Settlement Act), or membership in a group that has requested federal recognition. A "federally recognized tribe" is one recognized as eligible for the special programs and services provided by the United States to Indians because of their status as Indians. A "state recognized tribe" is one formally recognized as an Indian tribe by a State legislature or other similar organization vested with State tribal recognition authority.

To document your American Indian/Alaska Native status, you **must** provide either:

☐ An identification card issued by the federal government or a federally recognized tribal government stating that the applicant is a member of an American Indian tribe, OR

☐ A letter or statement from the tribal government that states that the applicant is a member of the American Indian tribe

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If the type of discrimination you experienced was reprisal or retaliation for prior civil rights activity you **may** provide available documentation of the prior civil rights activity, for example:

☑ Prior complaint, or a response to it

☑ Other

Please specify the document type or title:

loan complaints and NAD appeal documentation

2. If any of the discrimination listed in question 1 was on the basis of perceived (rather than actual) status or identity, please explain here:

## B. DETAILS REGARDING ANY AND ALL INSTANCES OF DISCRIMINATION THAT OCCURRED:

Please tell us, specifically, how you believe USDA discriminated against you in farm loan programs

Number of instances of discrimination by USDA prior to January 1, 2021

4

You may provide information for up to 10 instances of discrimination with the online application. How many total instances of discrimination will you provide?

4

Please fill out the information below for the first 10 instances of discrimination. If there are more than 10 instances of discrimination, please attach the template with the additional instances of discrimination information in the same format as requested below.

☐ Check here to indicate you will provide details for *more than* 10 instances of discrimination.

### Instance 1

a. Describe this instance of discrimination by USDA:

Application for microloan took 135 days from inquiry to funding with numerous and onerous requests for information beyond what the microloan process called for. I immediately responded to all requests for information and additional (beyond what the microloan process required) completed forms because I didn't want to miss the 2015 maple season, which ended up happening anyway. I was required to pledge additional collateral beyond the value of the equipment for the loan (the total valuation of which already exceeded the loan amount of $50,000). In spite of my background/experience and having demonstrated a feasible plan (please see attached farm assessment), I was obligated to contact the UMaine Extension office and secure support /consultation before my loan could be approved. The entire microloan record I requested prior to the NAD appeal (2018E000180), was in excess of 800 pages. I estimate the entire loan record (requested 9/13/23 for this program submission) to be well over 1000 pages. I have spent literally hundreds of hours defending myself from USDA's efforts to shut down my loan and operations.

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your allegations of discrimination, **may** provide:

☑ Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)

☑ Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other

Please specify the document type or title

application, farm assessment, approval, final docs

**b. Describe why you think you were eligible for the loan or loan action you requested. (For example, describe your education, farm experience, farm loan history, credit, collateral, how you met the financial requirements or program requirements for obtaining the requested loan or loan action; etc.):**

I expected the microloan process for me would be expeditious, given my background and qualifications, as well as not being a brand new farmer. And my credit was good, although credit was not one of the criteria for loan approval. When the loan process stretched out month after month for 4+ months, I suspected I had been singled out for some unknown "reason". I had previously complained about USDA programs/processes to Senator Jeanne Shaheen and she had sent a letter to USDA asking them to make changes. I highly suspect that my history with the agency and complaints about the programming had everything to do with how I was treated during the entire loan period from 2014 to 2022. The entire situation and discrimination escalated as the FSA office applied more and more pressure until 2020 when COVID hit and collections were paused. Even after 2020 I had no idea when USDA would recommence trying to seize the collateral equipment.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your eligibility for the requested loan or loan action, you **may** provide any pertinent documentation, including, for example

☐ Agricultural education

☐ Farm work experience

☐ Farm loan history

☐ Credit

☐ Collateral

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action

Please specify the document type or title

loan application, loan approval, farm assessment

**\*c. Describe the basis of this discrimination:**

☐ race

☐ color

☐ national origin or ethnicity

☑ sex

☐ gender identity

☑ sexual orientation

☐ religion

☑ age

☑ marital status

☐ disability

☑ reprisal or retaliation for prior civil rights activity

**d. What happened that makes you believe USDA's actions were discriminatory? (For example, something that was said, or how others were treated in similar circumstances, or any other facts that suggest that discrimination occurred.)**

The USDA microloan had been publicized as long-awaited relief for small farmers, and was exactly what I needed to start a maple operation to supplement my market gardening. It touted a streamlined application process that turned out to be just as onerous as any large traditional farm/home loan. My impression was that because of inquiries and requests I made to expedite the process so that I could be ready for the 2015 maple season, the

opposite actually happened...I was made to endure the "harassment package" of delay after delay and nickel and dime requests for information that resulted in my having missed the production season for 2015. Little did I know how much worse it would become as the loan process ensued.

### e. When and where did you experience discrimination?

Date                                          Location

December 2014-April 2015                      Upton, Maine

### f. What type of location was this? (e.g., county office, farm)

Farm/Home Office

### g. What were the reasons given (if any) for the discriminatory action you are describing?

No reasons given.

### h. Who committed this act of discrimination against you? Please include as much information as you can about the individual(s) involved, including whatever you know about their name, title, position, etc.:

Oxford County USDA FSA Office

### i. Did anyone else observe the discrimination or otherwise become aware of the discriminatory action against you? Please tell us who, and how they learned about this discrimination?

My spouse Catherine Brown, to whom I expressed frustration about the loan process delays.

### j. Is there any other information that you feel supports your claim that this instance of discrimination occurred?

A microloan process that took 135 days from start to finish simply cannot be the norm. I attribute the application process complications, and all those that followed, to my prior civil rights activity in the form of the letter I wrote to my Congresswoman. I no longer have a copy of that letter, but the review committee is welcome to check with Sen. Jeanne Shaheen's office to confirm my complaint and the response letter her office sent to USDA.

## Instance 2

### a. Describe this instance of discrimination by USDA:

Declaring non-monetary default as a result of a location change (move of less than 2 miles) to my farm operation. I was very careful to ask for guidance but treated as if I were in error. Also, I was having difficulty/complications acquiring one of the items of equipment and needed assistance in the acquisition process and needed to make changes because I discovered the weight of the collateral structure could not be supported by the trailer. Instead of adequately assisting me (as they claimed in their problem case report, inequitable treatment report, and NAD appeal), USDA simply made a determination that I received unauthorized assistance and declared me in non-monetary default. I had made my loan payments timely and in excess of the amount due.

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your allegations of discrimination, **may** provide:

☑ Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)

☑ Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other

Please specify the document type or title

appeal, problem case, inequitable treatment docs

---

### b. Describe why you think you were eligible for the loan or loan action you requested. (For example, describe your education, farm experience, farm loan history, credit, collateral, how you met the financial requirements or program

USDA DFAP - Helpline: 1-800-721-0970

requirements for obtaining the requested loan or loan action; etc.):

I was already operating in both Maine and New Hampshire, as contained/approved in loan docs, and merely needed to move the location of the collateral to my home in NH, less than 2 miles. This was not a complicated or uncommon request, but for this and the other reasons above, the Oxford County USDA Office simply decided to determine that I received unauthorized assistance and declared non-monetary default. I also gave extensive reasons why I was experiencing difficulty with an item of equipment, but my requests were treated with condescension and skepticism. They even tossed in that my business plan was not feasible, after I had done extensive research during the loan application process, and secured assistance from the local extension agent, following which USDA had APPROVED my plan.

---

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your eligibility for the requested loan or loan action, you **may** provide any pertinent documentation, including, for example

☐ Agricultural education

☐ Farm work experience

☐ Farm loan history

☐ Credit

☐ Collateral

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action

Please specify the document type or title

appeal, problem case, inequitable treatment docs

---

**\*c. Describe the basis of this discrimination:**

☐ race

☐ color

☐ national origin or ethnicity

☑ sex

☐ gender identity

☑ sexual orientation

☐ religion

☑ age

☑ marital status

☐ disability

☑ reprisal or retaliation for prior civil rights activity

**d. What happened that makes you believe USDA's actions were discriminatory? (For example, something that was said, or how others were treated in similar circumstances, or any other facts that suggest that discrimination occurred.)**

Overall, my communications with USDA were frustrating and I felt that I was met with condescension and discrimination at every turn. As if I were stupid and incompetent. I am a Naval Academy graduate and a former Marine officer, and the way I was treated was similar to the way some people talked down to me in the military, as if I didn't understand how things were done, ostensibly because I am a woman who questions officials and cites regulations. To put it bluntly, I am certain that if I were a straight, white, male soybean farmer on 1500 acres who needed to move his equipment two miles down the road, I would not have been treated the way I was. USDA should understand that farmers' operations and plans change for many reasons instead of simply determining that they received unauthorized assistance and attempting to cancel existing loans. It makes operating nearly impossible and causes an immense amount of stress.

**e. When and where did you experience discrimination?**

| Date | Location |
|---|---|
| 2015-2016 | Errol, NH |

**f. What type of location was this? (E.g., county office, farm)**

Farm/home office

**g. What were the reasons given (if any) for the discriminatory action you are describing?**

No valid reasons for the determination of "unauthorized assistance" or " non-monetary default"

**h. Who committed this act of discrimination against you? Please include as much information as you can about the individual(s) involved, including whatever you know about their name, title, position, etc.:**

Oxford County USDA Office

**i. Did anyone else observe the discrimination or otherwise become aware of the discriminatory action against you? Please tell us who, and how they learned about this discrimination?**

My spouse Catherine Brown, to whom I expressed frustration about the loan determination.

**j. Is there any other information that you feel supports your claim that this instance of discrimination occurred?**

I believe my initial complaints about the loan application process, plus the above necessary changes to my operation marked me as a "problem" USDA simply wanted to get rid of.

## Instance 3

**a. Describe this instance of discrimination by USDA:**

The Oxford County USDA office tried for approximately a year to require me to provide a title to the collateral tractor, and I repeatedly told them and provided documentation that New Hampshire does not title tractors and I would not be able to provide them one. They used this as further harassment and substantiation that I was somehow in a "non-monetary default" status, even though I had always made my payments in excess of the amount due and timely.

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your allegations of discrimination, **may** provide:

☐ Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)

☐ Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other

**Please specify the document type or title**

NAD appeal documents

---

**b. Describe why you think you were eligible for the loan or loan action you requested. (For example, describe your education, farm experience, farm loan history, credit, collateral, how you met the financial requirements or program requirements for obtaining the requested loan or loan action; etc.):**

In this case of discrimination, I did not deserve to be treated as if I were withholding the title to the collateral tractor. I even emailed over the New Hampshire registration laws to prove that I physically could not provide them a title. The loan officers came to my farm (sometimes unannounced) annually to inspect that all the collateral was present and in good order. Th National Appeals Division found this to be harmless error, which it certainly was not.

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your eligibility for the requested loan or loan action, you **may** provide any pertinent documentation, including, for example

- ☐ Agricultural education
- ☐ Farm work experience
- ☐ Farm loan history
- ☐ Credit
- ☐ Collateral
- ☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination
- ☑ Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action

Please specify the document type or title

NAD appeal documents

**\*c. Describe the basis of this discrimination:**

- ☐ race
- ☐ color
- ☐ national origin or ethnicity
- ☑ sex
- ☐ gender identity
- ☑ sexual orientation
- ☐ religion
- ☑ age
- ☑ marital status
- ☐ disability
- ☑ reprisal or retaliation for prior civil rights activity

d. What happened that makes you believe USDA's actions were discriminatory? (For example, something that was said, or how others were treated in similar circumstances, or any other facts that suggest that discrimination occurred.)

I believe other borrowers would not have been harassed for over a year for simply not being legally able to provide the title to a tractor. I was singled out for reasons detailed above.

e. When and where did you experience discrimination?

Date                                              Location

2017-2018                                         Errol, NH

f. What type of location was this? (E.g., county office, farm)

Farm/home office

g. What were the reasons given (if any) for the discriminatory action you are describing?

I was told the title was required, which was not true because it was impossible to obtain a tractor title in NH.

h. Who committed this act of discrimination against you? Please include as much information as you can about the individual(s) involved, including whatever you know about their name, title, position, etc.:

Oxford County Maine USDA Office

i. Did anyone else observe the discrimination or otherwise become aware of the discriminatory action against you? Please tell us who, and how they learned about this discrimination?

My spouse Catherine Brown, to whom I expressed frustration about the harassment and impossible red tape.

j. Is there any other information that you feel supports your claim that this instance of discrimination occurred?

The county office seemed to expect that when they decided to pull my loan that I would simply let them. The way they were treating me and my operation was wrong, and I refused to cave in. I was frustrated that because of their threats, I still had not been able to set up my maple operation. I did not know if they would just show up some day and take the equipment, even in the middle of maple season. Therefore I could not commence operations during the loan period and experienced loss of potential income.

## Instance 4

a. Describe this instance of discrimination by USDA:

NAD Appeal process

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your allegations of discrimination, **may** provide:

☐ Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)

☐ Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

☑ Other

Please specify the document type or title

NAD Appeal documentation

---

b. Describe why you think you were eligible for the loan or loan action you requested. (For example, describe your education, farm experience, farm loan history, credit, collateral, how you met the financial requirements or program requirements for obtaining the requested loan or loan action; etc.):

I had legitimate complaints about the entire loan process and the adverse determinations, yet USDA was able to minimize and deflect their actions to "harmless error" with the USDA judge.

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document your eligibility for the requested loan or loan action, you **may** provide any pertinent documentation, including, for example

☐ Agricultural education

☐ Farm work experience

☐ Farm loan history

☐ Credit

☐ Collateral

☐ Statement under penalty of perjury from a non-family member and how they have knowledge of the discrimination

---

| | |
|---|---|
| ☑ Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action | **Please specify the document type or title**<br><br>NAD appeal docs |

**\*c. Describe the basis of this discrimination:**

☐ race

☐ color

☐ national origin or ethnicity

☑ sex

☐ gender identity

☐ sexual orientation

☐ religion

☑ age

☑ marital status

☐ disability

☑ reprisal or retaliation for prior civil rights activity

**d. What happened that makes you believe USDA's actions were discriminatory? (For example, something that was said, or how others were treated in similar circumstances, or any other facts that suggest that discrimination occurred.)**

The results of the appeal were extremely disheartening and distressing. The treatment I received was much worse than "harmless error". USDA had no idea how debilitating it was to not even be able to set up the maple operation for which the loan was intended pursuant to their determination that I received unauthorized assistance and threats of seizure of the collateral, including the extra equipment collateral I was required to provide.

**e. When and where did you experience discrimination?**

| Date | Location |
|---|---|
| 2018 | Errol, NH |

**f. What type of location was this? (E.g., county office, farm)**

Farm/home office

**g. What were the reasons given (if any) for the discriminatory action you are describing?**

The reasons are detailed in the appeal determination, attached.

**h. Who committed this act of discrimination against you? Please include as much information as you can about the individual(s) involved, including whatever you know about their name, title, position, etc.:**

USDA National Appeals Division and Oxford County, Maine USDA/FSA office

**i. Did anyone else observe the discrimination or otherwise become aware of the discriminatory action against you? Please tell us who, and how they learned about this discrimination?**

My spouse Catherine Brown, to whom I expressed frustration about the biased appeal process, and all the time and hassle away from our other work.

**j. Is there any other information that you feel supports your claim that this instance of discrimination occurred?**

My attorney Robert McDaniel said it best, "Very nice of USDA to supply their own judge to summarily turn down your appeal." Similarly, USDA conducted their "problem case" and "inequitable treatment" reports in-house, of course finding nothing wrong with the way I was treated throughout the loan process. Any assessments of borrower treatment or appeals should be conducted by an unbiased third party, instead of the "fox guarding the hen house". In short, my entire experience with USDA was a complete nightmare, and I will never do business with them again.

## STEP 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch

**In this STEP, we ask farmers and ranchers about the losses you experienced as a result of discrimination in a USDA farm loan program.**

**1. Have you ever been a farmer or rancher?**
○ No. If no, proceed to STEP 7.
◉ Yes. If yes, complete this STEP.

**2. Did you lose any agricultural land you owned because of the discrimination you described in STEP 5?**
○ No. If no, proceed to the next question.
◉ Yes. If yes, please complete 2a through 2d below:

**2a. Describe the circumstances of the loss**

I did not personally own the 37 acres with maples I intended to tap. However my family LLC did, and I was responsible for the payments. In June 2022 the land was lost to foreclosure due to the discrimination (manifested as loss of revenue/profit, plus emotional distress) I experienced from USDA. The land sold at auction for $200,000, which is the land market value of the loss my family incurred, not to mention the loss of all the previous loan payments (principal and interest).

**2b. When did the loss occur?**

June 2022

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document loss of agricultural land that you owned, you **may** provide any documentation you have of the loss of land, including how much land was lost, such as:

☐ Foreclosure notice or order                           ☐ Proof of sale if land was sold

☑ Other                                 **Please specify the document type or title**

registry of deeds recording

---

**2c. How many acres did you lose?**

37

**2d. At the time that you lost this owned agricultural land, how many other acres of agricultural land did you rent or own?**

6

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document the number of farm/ranch acres you owned and the number of acres you lost, you **may** submit one of

☐ Deed                                                   ☐ Lease

☐ Property tax document reflecting the size of the farm or ranch     ☐ A document previously presented to a federal or state agency reflecting size of the farm or ranch

☐ Loan or other farm program document reflecting size of the farm or ranch     ☐ Business plan reflecting size of the farm or ranch

☑ Other

**Please specify the document type or title**

registry of deeds recording

---

**3. If your home was used as collateral for the loan, did you lose your home because of the discrimination you described in STEP 5?**

◉ No. If no, proceed to the next question.
○ Yes. If yes, please complete 3a through 3c below:

**3a. My home was used as collateral for the loan:**

○ No
○ Yes

---

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that your house was used as collateral for the loan, you **may** provide:

☐ Loan documentation that indicates that the house was included in loan approval        ☐ Deed (showing the lien)

☐ USDA Security Instrument                                                              ☐ Other

---

**3b. When did the loss occur?**

**3c. Describe what happened: (For example, was it the result of a foreclosure?)**

---

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document that your house was lost, you **may** provide:

☐ Paperwork of sale of land        ☐ Quit Deed

☐ Loan Servicing Letters           ☐ Foreclosure Notice

☐ Other

---

**4. Were any offsets, garnishments, or deficiency judgments imposed on you as a result of defaulting on your USDA farm loan or USDA foreclosing on your USDA farm loan?**

◉ No. If no, proceed to the next question.
○ Yes. If yes, please complete 4a through 4d below:

**4a. When did the offsets, garnishments, or deficiency judgments occur?**

**4b. Describe the offsets, garnishments, or deficiency judgments:**

**4c. Describe the circumstances of the offsets, garnishments, or deficiency judgments?**

**4d. What was the approximate value of the offsets, garnishments, or deficiency judgments. (Do not include within this calculation any losses reported in another part of this Application.)**

s

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document any offsets, garnishments, or deficiency judgments imposed on you as a result of default or foreclosure on your farm loan, you **may** provide documentation if you have it:

☐ Treasury Offset Letter                    ☐ Deficiency judgments

☐ Other

---

**5. Did you have *other* economic loss, not already listed, because of the discrimination?**

NOTE: Do not include anything covered by the above questions. If you lost land that you owned, do not include agricultural equipment; we will estimate it along with the value of the lost land. Your calculation of the loss **must** be provided (see Supporting Documentation Requests below)

○ No. If no, proceed to the next question.
◉ Yes. If yes, please complete 5a through 5d below:

**5a. When did the loss occur?**

2015-2023

**5b. Describe the loss:**

Per my operating plan (pro forma) I was on track to PROFIT a minimum (first year) of $50,000. The total loss over the entire loan period was a MINIMUM of $450,000.

**5c. Describe the circumstances of the loss:**

Not having received adequate assistance and threatened by USDA with default/foreclosure, equipment seizure etc., I could not set up my maple operation at all.

**5d. What was the estimated value of the loss?**

$ 450,000

---

## Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

To document any other economic losses, you **must** provide the following in PDF format:

☑ Your calculations of the amount of the loss, specifying components of
  the loss with dates and amounts.

Additionally, your Application may be stronger if you also provide available documentation to support those calculations, for example:

☑ Tax documents that show pre-loss revenue and profits          ☐ Receipts

☐ Business plans                                                ☑ Other

                                              Please specify the document type or title

                                              approved loan application with pro forma

---

**6. Explain how the losses you experienced were the result of the discrimination you described in STEP 5:**

Had my loan been processed timely (instead of taking 135 days) I could have begun operations in 2015. Had I not been treated with discrimination and had I been adequately assisted by USDA, I could have set up my operation, added the maple revenue/profits ($450,000), and held onto our 37 acres in Albany NH ($200,000). Moreover, I would not have had to withstand the humiliating treatment, the stress, and the huge amount of time it took me to fight the threats of foreclosure for years.

## STEP 7: Prior Claims, Complaints, and Appeals

You **must** complete this STEP if you received money or other relief for the **same** discriminatory conduct that is the subject of this Application, in Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL) / Pigford 2, Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) / Love / Garcia, or any other type of farm loan discrimination complaint or appeal.

Note: Participation in these prior matters does not disqualify you for participation in this program.

---

### Supporting Documentation Requests

*Please indicate which of the below documents you will provide with your Application. Select all that apply.*

If you received money or other relief from Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL or Pigford 2), Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) or Love or Garcia, or from any other lawsuit, administrative claim, or appeal, you **may** provide such documentation of that money or other relief, such as:

☐ Court or administrative documents. (e.g. lawsuit complaint, court order,        ☐ Notifications of awards
judgment or decision).

☐ Other

The program administrators have a full list of awards made under Pigford 1, In Re Black Farmers Discrimination Litigation (BFDL or Pigford 2), Keepseagle, Hispanic and Women Farmers and Ranchers Claims Resolution Process (HWFRCP) or Love or Garcia, so you do not need to ask USDA for this documentation, to provide it here.

---

1. Did you file a claim in any of following USDA claims resolution programs?

**Pigford 1**
◉ No
○ Yes

**In re Black Farmers Discrimination Litigation (BFDL or Pigford 2)**
◉ No
○ Yes

**Keepseagle**
◉ No
○ Yes

**USDA Hispanic and Women Farmers and Rancher Claims Process (HWFRCP) or Love or Garcia**
◉ No
○ Yes

*If you answered Yes to filing a claim in at least one of the above USDA Claims Resolution Programs, please complete these questions:*

a. Did you receive a monetary award from any of the above        If yes, how much?
USDA claims resolution programs?                                                            $
○ Yes
○ No
○ Do not know

b. As a result of any of the above USDA claims resolutions       If yes, how much?
programs, did you receive any relief of any USDA farm loan      $
debt held prior to January 1, 2021?
○ Yes
○ No
○ Do not know

2. Have you received money or other relief as a party to any other lawsuit, administrative claim, or appeal against USDA, in which discrimination in USDA Farm loan programs was alleged, prior to January 1, 2021?

○ Yes, I received money or other relief.
◉ No, I either have not participated in any other such matter, or I did not receive money or other relief.
○ I do not know

USDA DFAP - Helpline: 1-800-721-0970

If no, or do not know, please skip to STEP 8.

If yes, please complete the remainder of STEP 7 below:

3. What type of action did you participate in?

○ A lawsuit
○ An administrative claim, complaint, or appeal made to USDA Office of the Assistant Secretary for Civil Rights
○ An administrative claim, complaint, or appeal made to USDA Office of Administrative Law Judge
○ An administrative claim, complaint, or appeal made to another party (specify below):

4. Please provide information about the lawsuit, claim, complaint, or appeal:

Case name:

Court or administrative tribunal/office:

Complaint number or proceeding number:

The lawyer(s) or law firm(s) that represented you in the matter, if any:

In which state(s) are the lawyer(s) or law firm(s) located?

Date filed:                                    Date ended:

5. What is the status of the lawsuit, claim, complaint, or appeal?

○ Decided in your favor
○ Settled
○ Do not know

6. Did you receive a monetary award from the lawsuit,        If yes, how much?
claim, complaint, or appeal?
                                                             $
○ Yes
○ No
○ Do not know

7. Did you receive any other relief from the lawsuit, claim,    If Yes, describe below:
complaint, or appeal?

○ Yes
○ No
○ Do not know

8. Was the lawsuit, claim, complaint, or appeal based on the same conduct described in this Application?

○ Yes. If yes, please proceed to STEP 8:
○ No. If no, complete 8a and 8b below:

a. What allegations were made?

b. What findings (if any) resulted?

## STEP 8: Additional Information

If you wish to provide any additional information in support of your Application, please select the corresponding STEP of the Application below. For example, you can add additional details to any answers you have already provided, or if you feel that the questions have left out anything important, you can explain it here. Please be sure to reference the specific question within each STEP for which you are providing additional details, as applicable.

If the information provided here is a continuation of the questions above, then it may factor into the amount of financial assistance for which you are eligible. The prior steps of the Application are where program administrators will focus attention in determining amounts of financial assistance.

If you wish to provide any additional information about the discrimination you faced beyond a continuation of the questions above, please do so; this information will not affect the amount of financial assistance you receive, but it will help USDA to improve the equity of USDA farm loan programs for every farmer and rancher.

1. Do you wish to provide additional information in support of your Application?

◉ No
○ Yes

2. Do you wish to provide additional information in response to question in STEP 1: About You?

○ No
○ Yes

Please provide additional information:

3. Do you wish to provide additional information in response to a question in STEP 2: Type of Applicant?

○ No
○ Yes

Please provide additional information:

4. Do you wish to provide additional information in response to a question in STEP 3: Eligibility for this Program as a Farmer or Rancher?

○ No
○ Yes

Please provide additional information:

5. Do you wish to provide additional information in response to a question in STEP 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program?

○ No
○ Yes

Please provide additional information:

6. Do you wish to provide additional information in response to a question in STEP 5: Discrimination in USDA Farm Loan Programs?

○ No
○ Yes

Please provide additional information:

7. Do you wish to provide additional information in response to a question in STEP 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch?

○ No
○ Yes

Please provide additional information:


8. Do you wish to provide additional information in response to a question in STEP 7: Prior Claims, Complaints, and Appeals?

○ No
○ Yes

Please provide additional information:


9. If you wish to provide any additional information about the discrimination you faced beyond a continuation of the questions above, please do so; this information will not affect the amount of financial assistance you receive, but it will help USDA to improve the equity of USDA farm loan programs for every farmer and rancher. Do you wish to provide any additional information below?

○ No
○ Yes

Please provide additional information:


☐ Check here to indicate you will provide                                        not already identified within this Application.

## STEP 9: Taxpayer Information Request

<u>Taxpayer Information</u>

Provide the W-9 (or W-8) form for the individual applicant identified in STEP 1 of this form. Please do not provide the tax form for any other people or entities involved in ownership of the property or in the loan.

**\*1. U.S. Citizens, U.S. Resident Aliens and U.S. Entities <u>must</u>** submit a completed IRS Form W-9.

☑ I am providing a completed IRS Form W-9.

**\* 2. Non-U.S. Citizens, Non-U.S. Resident Aliens <u>must</u>** submit the appropriate completed IRS Form W-8BEN, W-8ECI, or Other W-8, as applicable. Please visit *irs.gov* for information about and obtain a copy of each Form W-8 if you are unsure of which form to complete and submit.

☐ I am providing a completed IRS Form W-8BEN.

☐ I am providing a completed IRS Form W-8ECI.

☐ I am providing a different completed IRS Form W-8.

<u>Payment Information</u>

If your Application is approved, and you qualify for financial assistance, your financial assistance payment will be issued via check, and your check will be mailed to the address listed in STEP 1 of this Application.

## STEP 10: Signatures and Certifications

**By submitting this form, you are agreeing that you understand the notices below regarding your waiver of rights, and the Privacy Act.**

**Privacy Act Notice:**

The following statement is made in accordance with the Privacy Act of 1974 (5 USC 552a – as amended). By submitting this form, you are authorizing the U.S. Department of Agriculture to collect this information as authorized by the Inflation Reduction Act, Section 22007, Title II of Public Law 117-169 (Aug. 16, 2022). The information you submit in your Application is for official use by the U.S. Department of Agriculture, including its agency contractors and vendors assisting in the administration of the Fund, for the purposes of determining your eligibility for, and the amount of, financial assistance you may receive under your Application. The information collected on this form may be disclosed to U.S. Department of Treasury for income reporting, in addition to other Federal, State, Local government agencies, Tribal agencies, and nongovernmental entities that have been authorized access to the information by statute or regulation and/or as described in applicable Routine Uses identified in the System of Records Notice for USDA/FSA-14. Provision of this information is voluntary; however, failure to provide complete information may result in a delay in processing or a denial of your Application.

**Paperwork Reduction Act Notice:**

Public reporting burden for this collection is estimated to average 2 hours per response and the electronic submission is estimated to average 1.5 hours per response, including reviewing instructions, gathering, and maintaining the data needed, completing (providing the information), and reviewing the collection of information. We try to create forms and instructions that are accurate, can be easily understood, and that impose the least possible burden on you.

You are not required to respond to the collection of information unless it displays a valid OMB control number: 0503-0028.

**USDA is an equal opportunity provider, employer, and lender.**

## Signature

**Instructions**: Please review the following statements and initial where indicated. Sign and date the form and print your name at the end of the form.

Signature of applicant:

*For all applicants, please initial in acknowledgement of the following:*

| Initials | |
|---|---|
| SMB | I **Certify** that the information provided in this Application and any documents provided in support of this Application are true and accurate the best of my knowledge, and I declare under penalty of perjury that the foregoing is true and correct. I **Understand** that false statements or applications made in connection with the Application may result in fines, imprisonment and/or any other remedy available by law to the Federal Government, including as provided in 18 U.S.C. § 1001, and that Applications that appear to be potentially fraudulent or to contain false information will be forwarded to federal, state, and local law enforcement authorities for possible investigation and prosecution. |
| Initials | |
| SMB | I **Understand** the submission of this Application authorizes the Department of Agriculture to collect this information under the Privacy Act and I have read and understand the Privacy Act Notice provided. Consistent with that Notice, I **Consent** to the disclosure of any records or information relating to my Discrimination Financial Assistance Program (DFAP) Application for the routine uses described in that Notice, and I **Further Authorize** such disclosures for the purpose of determining qualification and/or financial assistance for my Application to: agency contractors assisting in the administration of the Financial Assistance Fund; other federal, state, or local agencies, including the U.S. Department of Treasury. |

| Initials | |
|---|---|
| SMB | **I Authorize** the U.S. Department of Agriculture to obtain any information relating to my Application under the Inflation Reduction Act Section 22007 Discrimination Financial Assistance Program (Program or DFAP) for the purpose of evaluating my Application for financial assistance to the DFAP from any other federal, state, or local agencies or other sources having information relating to my Application. This information may include, but is not limited to government and financial information about me or the individual whom I represent. **I Further Authorize** individuals, entities, and federal, state and local agencies, having information pertinent to my Application, to release such information to a duly accredited representative of the U.S. Department of Agriculture during the review of my Application to the DFAP, regardless of any previous agreement to the contrary. Copies of this authorization that show my signature are as valid as the original release signed by me. I acknowledge that I have the right to revoke this Authorization at any time, except to the extent that DFAP and the entities listed above have already acted based on this Authorization. I understand that the knowing and willful request for, or acquisition of, a record pertaining to an individual under false pretenses is a criminal offense subject to a $5,000 fine. |

Applicant's Full Legal Name

Suzanne Mary Brown

Applicant's E-Signature:

# Suzanne Mary Brown

☑ I certify that I have completed my E-registration form on the National Administrator Portal. By selecting this box I hereby agree that my electronic signature is the legal equivalent of my manual/handwritten signature and I consent to be legally bound.

Date of signature

01/12/2024

## Documentation Summary

You indicated throughout the Online Application that you intend to provide the documentation to support your Application as found in the below summary list. If you need to make an update to your selections, you **must** return to the applicable STEP or section of the Online Application to make your adjustments.

How are you providing your supporting documentation?

◉ I will upload <u>all</u> of my supporting documentation now.

○ I will deliver <u>all</u> of my supporting documentation separately to my                          I understand my supporting documentation **must** actually be postmarked by the **second business day after my online submission,** to be considered in the evaluation of my Application.

○ I will upload <u>some</u> of my documents now, and provide the rest by delivering to my                          I understand any supporting documentation **must** actually be **postmarked by the second business day after my online submission,** to be considered in the evaluation of my Application.

**As a reminder,** the instructions use the word <u>must</u> where documentation is strictly required; this means you must supply the requested supporting documents.

Additional details specific to the documentation requirements and submission process are located on the **Important Information Regarding Documentation Requirements** section of the online application.

## Step 1 About You

## Part A: IDENTIFYING INFORMATION

- Driver's license or ID card issued by a state or possession of the United States provided it contains a photograph
- Original or certified copy of a birth certificate issued by a state, county, municipal authority, or outlying possession of the United States bearing an official seal
- Social Security or Individual Taxpayer Identification card

## Part C. INFORMATION ABOUT ANYONE HELPING YOU IN PREPARING THIS FORM:

Documentation not applicable based on the response(s) provided.

## Step 2: Type of Applicant

### Part B. INFORMATION ABOUT THE CO-BORROWER(S):

Documentation not applicable based on the response(s) provided.

### Part C. INFORMATION ABOUT THE ENTITY/ENTITIES:

Documentation not applicable based on the response(s) provided.

### Part D. ASSIGNED/ASSUMED DEBT:

Documentation not applicable based on the response(s) provided.

## Step 3: Eligibility for this Program as a Farmer and/or Rancher

### Part A. FOR APPLICANTS WHO ARE OR WERE FARMERS OR RANCHERS:

No selection indicated. You are required to provide documentation in response to this request. If not provided, and this information is unable to be verified, you may be disqualified from participating in this program.

No selection indicated. Documentation provided in response to this request would be **helpful** to assessing your Application.

### Part B. FOR APPLICANTS WHO NEVER FARMED, BUT WHO WOULD HAVE OPERATED A FARM OR RANCH IF THEY HAD RECEIVED A LOAN THROUGH A USDA FARM LOAN PROGRAM:

Documentation not applicable based on the response(s) provided.

## Step 4: Eligibility for this Program as a Borrower or Attempted Borrower in a USDA Farm Loan Program

### Part A. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN DIRECT LENDING, ANSWER THE FOLLOWING QUESTIONS

- Loan documentation (e.g. USDA loan application or agency letters indicating loan approval)
- Promissory note that you signed at the beginning of the loan

## Part B. IF YOU OR THE ORIGINAL BORROWER PARTICIPATED IN GUARANTEED LENDING, ANSWER THE FOLLOWING QUESTIONS

Documentation not applicable based on the response(s) provided.

## Part C. IF YOU TRIED TO PARTICIPATE IN DIRECT LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION

Documentation not applicable based on the response(s) provided.

## Part D. IF YOU TRIED TO PARTICIPATE IN GUARANTEED LENDING, BUT YOU COULD NOT BECAUSE OF DISCRIMINATION

Documentation not applicable based on the response(s) provided.

### Step 5: Discrimination in USDA Farm Loan Programs

### Part A. BASIS OF DISCRIMINATION

- Prior complaint, or a response to it
- Other: loan complaints and NAD appeal documentation

### Part B. DETAILS REGARDING ANY AND ALL INSTANCES OF DISCRIMINATION THAT OCCURRED

*Instance #1*
- Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)
- Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements
- Other: application, farm assessment, approval, final docs
- Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action:loan application, loan approval, farm assessment

*Instance #2*
- Any documentation you possess of a complaint or assertion of discrimination that was close in time to the events. (e.g. complaint itself or a response to it)
- Communications with the USDA (including FSA), or lending institution that include any discriminatory statements, including any available name, title, or position details of the representatives that made such statements
- Other: appeal, problem case, inequitable treatment docs
- Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action:appeal, problem case, inequitable treatment docs

*Instance #3*
- Other: NAD appeal documents
- Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action:NAD appeal documents

- Other: NAD Appeal documentation
- Other documents that demonstrate that you met the financial requirements or program requirements for obtaining the requested loan or loan action:NAD appeal docs

## Step 6: Losses from Discrimination for Applicants Who Have Operated a Farm or Ranch

- Other: registry of deeds recording
- Other: registry of deeds recording
- Your calculations of the amount of the loss, specifying components of the loss with dates and amounts.
- Tax documents that show pre-loss revenue and profits.
- Other: approved loan application with pro forma

## Step 7: Prior Claims, Complaints, and Appeals

Documentation not applicable based on the response(s) provided.

## Step 8: Additional Information

Documentation not applicable based on the response(s) provided.

## Step 9: Taxpayer Information Request

- I am attaching a completed IRS Form W-9.

## Step 10: Signatures and Certifications

Documentation not applicable based on the response(s) provided.

## Documentation Upload(s)

You can upload your documentation to this online Application in the upload box located below.

- Files **must** be in **PDF** format
- There is no limit to the number of PDF files you can attach.
- The file size for a single uploaded PDF file is limited to 250MB; if you need more space, you can upload multiple files up to a total size of 500MB.
- **Do not encrypt or password protect your files.**

Please upload supporting documentation

| File | Size |
|---|---|
| Brown to Kuklinski USDA 11-28-16.pdf | 471 KB |
| SBrown Agency Rebuttal 4-9-18.pdf | 438 KB |
| FSA2330 Application for Microloan Suzanne Brown.pdf | 446 KB |
| Loan Approval Side One 3-31-15.pdf | 2 MB |
| Loan Approval Side Two 3-31-15.pdf | 2 MB |
| Brown FSA-2006 Additional Land.pdf | 1 MB |
| WMOGA Specific Use Letter.pdf | 37 KB |
| Gmail - Re_ Reconsideration meeting scheduled _ Non monetary default response.pdf | 122 KB |
| SBrown Completed W9.pdf | 484 KB |
| Adams Albany Foreclosure Affidavit 200k pg1.pdf | 306 KB |
| Albany Farmland Foreclosure 2022.pdf | 333 KB |
| Adams Albany Foreclosure Affidavit pg2.pdf | 242 KB |
| Suzanne Brown Farm Loss Documentation.pdf | 51 KB |
| SBrown SSN Card.pdf | 1 MB |
| SBrown Birth Cert.pdf | 2 MB |
| SBrown Problem Case Inequitable Treatment Reports.pdf | 2 MB |
| SBrown Farm Assessment 4-14-15.pdf | 899 KB |
| SBrown Drivers License.pdf | 195 KB |
| Brown Appeal Document 3-29-2018.pdf | 215 KB |

Number of files uploaded:

19

Names of files uploaded:

Brown to Kuklinski USDA , SBrown Agency Rebuttal , FSA2330 Application for Microloan Suzanne , Loan Approval Side One , Loan Approval Side Two , Brown FSA-2006 Additional , WMOGA Specific Use , Gmail - Re_ Reconsideration meeting scheduled _ Non monetary default , SBrown Completed , Adams Albany Foreclosure Affidavit 200k , Albany Farmland Foreclosure , Adams Albany Foreclosure Affidavit , Suzanne Brown Farm Loss , SBrown SSN , SBrown Birth , SBrown Problem Case Inequitable Treatment , SBrown Farm Assessment , SBrown Drivers , Brown Appeal Document

## Submission Information

**IMPORTANT SUBMISSION INFORMATION:** Once you provide responses to the below, but before you submit your online Application, you may select the "Review Application" button at the bottom of this page to view a read-only version of your online Application responses. If you opt to review your Application, please select "Edit" to return to the online Application filing platform.  You will be directed to the Introduction section.  You may navigate to any section of the online Application to adjust any of your answers, or, if you do not need to make any adjustments, return to the Submission Information section to complete your submission.

Please confirm you have:
- provided all requested information;
- answered all questions accurately and truthfully under penalty of perjury; and
- uploaded all documentation that you intend to provide electronically.

If you locate any error(s), please return to the applicable section of the online Application and adjust your response(s) accordingly.

Please note: if you are choosing to provide any documents by mail, they must be postmarked by the **second business day** after your online submission.

**Please do not send original documents as they will not be returned to you and may be destroyed.**

Once you submit this online Application, this online Application will no longer be editable and **CANNOT** be unlocked.

## As a reminder, Applications filed through this online form must be submitted by January 17, 2024, at 11:59 pm PST.

☑ I have reviewed the Important Submission Information.

**CONFIRMATION EMAILS:** When you select "Submit" you will receive an email from "noreply@22007apply.gov." Please add this email to your allowed senders list. This email will provide your Application Confirmation ID.

Would you like the Application submission confirmation email sent to both your login email address and an additional email address?

◉ No. Proceed with your submission.
○ Yes. Please specify the additional email address below.

Additional Email: