**PRIORITY MAIL EXPRESS®**

Retail

U.S. POSTAGE PAID
PME
NORFOLK, VA 23502
DEC 16, 2024
**$34.15**
S2324E503242-1

03301
RDC 07

ER 150 401 786 US

PHONE (603) 828-4860
NE BROWN
X 253
NH 03579

PHONE ( )
LERK (PROSE FILING)
RICT COURT, NH
SANT ST. #110
, NH

PAYMENT BY ACCOUNT (if applicable)

ORIGIN (POSTAL SERVICE USE ONLY)

PO ZIP Code: 23502
Scheduled Delivery Date: 12/18/24
Postage: $34.15

Date Accepted: 12/16/24
Scheduled Delivery Time: 6:00 PM

Time Accepted: 10:48 AM

Weight: 10 lbs ozs
Acceptance Employee Initials: LB
Total Postage & Fees: $34.15

LABEL 11-B, NOVEMBER 2023   PSN 7690-02-000-9996

**UNITED STATES POSTAL SERVICE®**