UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **SUZANNE BROWN,** | ) | |
| **Movant/Petitioner** | ) | |
| | ) | Case No. 1:16-CR-00021-JL |
| V. | ) | |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| **Defendant/Respondent** | ) | |
| | ) | |

**MOTION TO SUPPLEMENT PLEADINGS
FOR SUMMARY JUDGMENT
PETITION FOR WRIT OF ERROR CORAM NOBIS
ON GROUNDS OF ACTUAL INNOCENCE
(NEW EVIDENCE AND CHANGE IN LAW)**

*(EXPEDITED DISPOSITION RESPECTFULLY REQUESTED)*

Movant/Petitioner (also Defendant in related case 20-CV-00170) respectfully requests that this honorable Court grant this motion to supplement the pleadings with the concurrently-filed proposed affidavit (with Exhibits A through E) to *even further* underscore the deprivation of due process compelling the expedited relief in accordance with FRCP Rule 56, as a Matter of Law.

1

As stated in the December 15, 2024, Petition (Page 3):

*"Petitioner presently lacks the entire case file (except the attached new evidence) and trial exhibits required for citations and other specificity to bolster this petition. With the Court's permission, Petitioner will determine where these materials currently reside; obtain the entire case file and exhibits; and promptly amend the pleadings, if necessary."*

Petitioner promptly followed up, contacted trial and habeas counsel; and over the past eight months has located, requested, obtained (originals and copies), and analyzed the hundreds of pages of physical and digital evidence counsel claim to have possessed.

Specifically, Petitioner sought *all* the documentation (not available at the January 12, 2024, time of DFAP application submission) to support the flagrant prosecutorial misconduct and ineffective assistance of counsel surrounding the evidence tampering/suppression of Senator Jeanne Shaheen's April 19, 2012, letter to the USDA—the well-justified spark that set off more than a decade of discriminatory conflagration.

The resulting narrative with probative exhibits are included in the concurrently filed proposed declaration.

Again, Pro Se Petitioner respectfully requests the solicitude and patience of the Court for any inadvertent form or process errors contained in this and any attendant filings, respectfully

requesting that the Clerk immediately file all documents in their present form with the opportunity for Petitioner to correct as required (New Hampshire District Court Local Rule 5.2).

Regarding the unfortunate delay, Petitioner has in good faith and haste worked toward providing this Court as timely as possible with the evidence contained in this supplemental briefing. It has been challenging without the assistance of counsel (denied) to obtain, process, and format all the materials for docketing/submission. Petitioner respectfully requests the immediate adoption of these supporting materials toward justification of the grant of the writ and exoneration.

Finally, Petitioner respectfully maintains her existing request for counsel; as well, a request for evidentiary proceedings should this litigation have to continue for any reason beyond the collective/cumulative arguments in this matter, pled to Petitioner's best ability.

Date: September 1, 2025         Respectfully Submitted,

                                 */s/ Suzanne Brown*
                                 114 Lake Umbagog
                                 P.O. Box 253
                                 Errol, NH 03579
                                 (603) 828-4860
                                 greatnorthwoodsfarm@gmail.com

**<u>Certificate of Service</u>**

I hereby certify that on this day of September 1, 2025, a copy of the above motion and supporting documents was served on Acting United States Attorney Erin Creegan, via ECF.

<u>*/s/ Suzanne Brown*</u>
Suzanne Brown