

Farmer Brown <greatnorthwoodsfarm@gmail.com>

**EX. A**

# Fwd: FW: Information Request
1 message

**Great North Woods Farm** <greatnorthwoodsfarm@gmail.com>     Thu, Sep 8, 2016 at 10:08 AM
To: Bjorn Lange <bjorn_lange@fd.org>
Cc: Dorothy Graham <Dorothy_Graham@fd.org>, Chase McNiss <Chase_McNiss@fd.org>

Hello, Bjorn:

Below is the FOIA/Privacy Act request that has remained unanswered since Catherine's original request of November 15. Any reference to me contained in those documents, emails, and phone records is pertinent to USDA's prejudice against my family and me in this case. So we need to add on that part to the FOIA/Privacy Act request. If Catherine asks again, I'm sure they will ignore her, and she is not authorized to ask for information on my behalf. Hence my request that you please intervene.

At the very least we need to be certain they have not initiated another criminal investigation against White Mountain Organic Growers' Assn, persisting in their assumption that the company is a fraud.

I understand that you are not fond of my "conspiracy theory", but there is a serious USDA bias against me that needs to be brought to light for the jury to doubt the USDA witnesses' actions and testimony.

Please let me know how you would like to proceed.

Thank you,

Suzanne


---------- Forwarded message ----------
From: **Underwood, John - FSA, Kansas City, MO** <john.underwood@kcc.usda.gov>
Date: Mon, Apr 18, 2016 at 1:09 PM
Subject: FW: Information Request
To: "SM.FSA.KCC.FOIA.Office" <FSA.FOIAOffice@kcc.usda.gov>
Cc: "greatnorthwoodsfarm@gmail.com" <greatnorthwoodsfarm@gmail.com>



MSD FOIA/PA Staff,



For your action.



John



**From:** Great North Woods Farm [mailto:greatnorthwoodsfarm@gmail.com]
**Sent:** Monday, April 18, 2016 12:04 PM
**To:** Underwood, John - FSA, Kansas City, MO <john.underwood@kcc.usda.gov>
**Subject:** Fwd: Information Request



Dear Mr. Underwood:

Will you please confirm receipt of this email and subsequently forward all materials pertinent to my recent request for a farm loan guarantee, including the complete set of documents, all emails, and phone records/logs?

I originally made this request of the NH/VT FSA office five months ago, and I was informed your office would provide me the information in a timely manner. Please see the January 8 email from Patrick Freeman, below.

I did receive my application and some other documents, but there is a disparity between what I received from Yankee Farm Credit and the NH/VT office. Some materials and communications appear to be missing.

An electronic version of the body of information would be fine.


Thank you,

Catherine Brown

White Mountain Organic Growers' Assn LLC

P.O. Box 5002-166

North Conway, NH 03860
(603) 237-1012


---------- Forwarded message ----------
From: **Freeman, Patrick - FSA, Colchester, VT** <Patrick.Freeman@vt.usda.gov>
Date: Fri, Jan 8, 2016 at 1:19 PM
Subject: RE: Information Request
To: Great North Woods Farm <greatnorthwoodsfarm@gmail.com>
Cc: "SM.FSA.KCC.FOIA.Office" <FSA.FOIAOffice@kcc.usda.gov>


Good afternoon


You will hear directly from the staff at Management Services Division on your request and I am confident they will provide all involved timely, accurate and professional service.



Patrick K. Freeman

Farm Loan Chief

Farm Service Agency


104 McCullough Hill Road

Middlesex, VT 05602

PHONE (802) 229 6240

FAX (802) 229 2991


356 Mountain View Drive - Suite 104

Colchester, VT 05446

PHONE (802) 658 2803 (Ext.) 256

FAX (802) 660 0953

*Stay Connected with USDA:*



*USDA is an equal opportunity provider and employer.*

CONFIDENTIALITY NOTICE: This e-mail transmission may contain confidential information. This information is solely for the use of the individual(s) or entity to whom or which it was intended. If not an intended recipient, any review, copying, printing, disclosure, distribution or any other use is strictly prohibited.  If you have received this email in error, please immediately notify the sender by reply e-mail. Please delete this e-mail from your files if you are not the intended recipient. Thank you.

**From:** Great North Woods Farm [mailto:greatnorthwoodsfarm@gmail.com]
**Sent:** Friday, January 08, 2016 10:57 AM
**To:** Freeman, Patrick - FSA, Colchester, VT <Patrick.Freeman@vt.usda.gov>
**Cc:** SM.FSA.KCC.FOIA.Office <FSA.FOIAOffice@KCC.USDA.GOV>; Kuper, Brian - FSA, Newport, VT <brian.kuper@vt.usda.gov>; Matt Cairns <cairns@gcglaw.com>; hollinger@gcglaw.com
**Subject:** Re: Information Request

Dear Mr. Freeman:

As directed, please note that this correspondence pertains to Control #: 33-013-2016-000002

As of yesterday (1/7/16), I am in receipt via postal mail of the original FSA-2212 submitted to your office by Yankee Farm Credit 10/30/15.

Thank you.

What I still need is the complete email correspondence between Yankee and USDA pertaining to my loan guarantee application.

Will you please clarify: do I now need to request those emails and any attachments from your Management Services Division in Kansas City, MO or can they simply be compiled locally and sent to me without delay. Please note time remains of the essence in this matter.

Thank you,

Catherine Brown

White Mountain Organic Growers' Assn LLC

1857 White Mountain Highway

North Conway, NH 03860

114 Lake Umbagog

Errol, NH 03579

(603) 237-1012

On Thu, Jan 7, 2016 at 3:00 PM, Freeman, Patrick - FSA, Colchester, VT <Patrick.Freeman@vt.usda.gov> wrote:

> Dear   Catherine Brown
>
>    White Mountain Organic Growers' Association LLC
>
> This is in response to your Freedom of Information Act (FOIA) request dated January 4, 2016, sent to the United States Department of Agriculture (USDA), Farm Service Agency (FSA). FSA received a copy of your request on January 4, 2016, and assigned it control number 33-013-2016-000002. Please reference this number in any future communication with our office about your request.
>
> We have determined that the records you are seeking may be maintained in another FSA office: Management Services Division (MSD). Therefore, we are routing your request to this office for direct response.
>
> You may expect to hear from this office shortly. If you do not, you may write, call, or e-mail the Management Services Division at:
>
> USDA - Farm Service Agency
> Beacon Facility - Mail Stop 8368
>
> Attention: MSD FOIA/PA
> 2312 East Bannister Road
>
> Kansas City, MO 64131-3011
>
> Phone: (816) 926-2636 / (816) 926-6200 / (816) 823-2669 / (816) 926-6371
>
> E-mail: FSA.FOIAOffice@kcc.usda.gov

If you have any questions about any of the issues discussed in this e-mail, you may contact our office Farm Service Agency, 59 Waterfront Plaza, Suite 11

Newport, VT 05855-4877 Phone 802-334-6090 or FAX 855-428-0325 and ask for Brian Kuper

Sincerely,

Patrick K. Freeman

Farm Loan Chief

Farm Service Agency

104 McCullough Hill Road

Middlesex, VT 05602

PHONE (802) 229 6240

FAX (802) 229 2991

356 Mountain View Drive - Suite 104

Colchester, VT 05446

PHONE (802) 658 2803 (Ext.) 256

FAX (802) 660 0953

*Stay Connected with USDA:*



*USDA is an equal opportunity provider and employer.*

CONFIDENTIALITY NOTICE: This e-mail transmission may contain confidential information. This information is solely for the use of the individual(s) or entity to whom or which it was intended. If not an intended recipient, any review, copying, printing, disclosure, distribution or any other use is strictly prohibited.  If you have received this email in error, please immediately notify the sender by reply e-mail. Please delete this e-mail from your files if you are not the intended recipient. Thank you.

**From:** Great North Woods Farm [mailto:greatnorthwoodsfarm@gmail.com]
**Sent:** Monday, January 04, 2016 12:13 PM
**To:** Kuper, Brian - FSA, Newport, VT <brian.kuper@vt.usda.gov>
**Cc:** Grames, Linda - FSA, Concord, NH <linda.grames@nh.usda.gov>; Farrell, Keith - FSA, Concord, NH <keith.farrell@nh.usda.gov>; Freeman, Patrick - FSA, Colchester, VT <Patrick.Freeman@vt.usda.gov>; Matt Cairns <cairns@gcglaw.com>; hollinger@gcglaw.com
**Subject:** Re: Information Request

Dear Mr. Kuper:

As of December 24, 2015, I am in receipt of certain documents pertaining to Yankee Farm Credit's application on my behalf for a farm ownership loan guarantee.

However, I have not yet received the original form FSA-2212 (unsigned and manually amended by Loren Petzoldt on Page 2) referenced in your letter of November 6, 2015 (Paragraph 2).

I have also not received copies of any email correspondence between the Vermont and New Hampshire FSA offices and Yankee Farm Credit.

Will you please confirm receipt of this request (FOIA and the Privacy Act) and provide me as soon as possible with all documents related to my file, not limited in time or character.

Thank you for your prompt attention to this important matter.

Sincerely,

Catherine Brown, Managing Member

White Mountain Organic Growers' Association LLC

1857 White Mountain Highway

North Conway, NH 03860

114 Lake Umbagog

Errol, NH 03579
(603) 237-1012

On Tue, Dec 15, 2015 at 4:42 PM, Great North Woods Farm <greatnorthwoodsfarm@gmail.com> wrote:

> Mr. Kuper:
>
> Please be advised that after more than a month since my initial request, I have not received a copy of my complete loan application, either from Yankee Farm Credit or from your office.
>
> I understand from your letter to Yankee of December 2, 2015, that unless you hear from them as of today, you will withdraw my application.
>
> I am hereby requesting that you postpone the withdrawal of my application until such time as my counsel and I can receive and review the application in its entirety along with any other correspondence that pertains to my loan application. I am unable to proceed until I have all the information and can correct/complete any errors, as provided for by the Privacy Act.

Please let me know when those documents are forthcoming or simply approve the guarantee to Farm Credit so that we may close the loan promptly.

Thank you,

Catherine Brown

This email has been sent from a virus-free computer protected by Avast.
[www.avast.com](www.avast.com)

On Sat, Dec 5, 2015 at 10:26 AM, Great North Woods Farm <greatnorthwoodsfarm@gmail.com> wrote:

> Thank you, Mr. Kuper, for your response.
>
> If Yankee Farm Credit will not release any and all unedited documents pertaining to my guaranteed loan application, FSA is also authorized/required to release those materials under The Privacy Act of 1974 (5 U.S.C. 552a).
>
> Please provide the documents as soon as possible.
>
> Thank you,
>
> Catherine Brown
>
> 114 Lake Umbagog
>
> Errol, NH 03579
> (603) 237-1012
>
> On Fri, Dec 4, 2015 at 9:23 AM, Kuper, Brian - FSA, Newport, VT <brian.kuper@vt.usda.gov> wrote:
>
>> Catherine Brown
>>
>> It is our understanding that Yankee Farm Credit denied your request for some or all of the material they submitted to the FSA as part of the request for a loan guarantee. Under FOIA, when FSA receives a request for records containing commercial or financial information submitted by a person or entity outside the Federal Government, FSA is required by Executive Order 12600--Predisclosure Notification Procedures For Confidential Commercial Information to consult with the submitter before releasing the information requested. We have contacted Yankee Farm Credit and advised them that the FSA has received your FOIA request for the "complete loan application submitted to the FSA by Yankee Farm Credit on October 30, 2015" and the FSA is providing Yankee Farm Credit with the opportunity to review and comment on the material requested. We are giving Yankee Farm Credit the opportunity to identify why the organization objects to releasing the requested information. Since our understanding of Yankee Farm Credit's position on the release of information could be incorrect or if they do not object to the disclosure of the loan

> guarantee application information, we have asked Yankee Farm Credit to respond directly to you, with a copy to the FSA and take the FSA out of the loop on this matter.
>
> The FSA makes the final decision as to what information held in our system of records may be withheld and what must be released. To further that goal we have asked Yankee Farm Credit to respond to our request by December 11, 2015 so we can make a final decision on your request by December 14, 2015.
>
> Brian Kuper

This electronic message contains information generated by the USDA solely for the intended recipients. Any unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.