**Ex. C**



# The New Hampshire Institute of Agriculture and Forestry
1857 White Mountain Highway
North Conway, NH 03860
(603) 969-9896
www.nhiaf.org

January 22, 2012

David Robinson
Business and Cooperative Programs Director
NH/VT USDA Rural Development
City Center, Third Floor, 89 Main St
Montpelier, VT 05602

RE: 2012 NHIAF Rural Business Enterprise Grant

Dear David:

Thank you for meeting with me today. In advance of our meeting, I would like to issue this statement and my authorization for NHIAF's payroll account to be automatically reinvested in accordance with the demands of our mission.

As you know, NHIAF exists to promote the prosperity of farmers, farms, and markets/distribution for local food products. NHIAF is also a working commercial and educational certified organic farm.

In early 2012 it became clear that NHIAF would receive no assistance from FEMA or Farm Service Agency for our crops losses from Tropical Storm Irene on August 28, 2011. Our non-profit also submitted a complete/comprehensive $750,000 application for the Beginning Farmer and Rancher Development Program Grant. We experienced Grants.gov technical difficulties during submission, and the entire application was subsequently rejected by the National Institute of Food and Agriculture. I have attached the April 19, 2012 letter submitted to NIFA by Sen. Jeanne Shaheen on our behalf.

When we were awarded $18,000 to carry out the training scope of work for the New Hampshire Fresh e-commerce software and distribution, by the time of our first disbursement, it became clear that without other funding we would not be able to both deliver the training and then also support the execution of the delivery service (which in fact was to be seed-funded by the BFRDP). As the entire disbursement of both federal funds and matching dollars was to compensate myself and Julie Moran for our work, we both volunteered to accept the funds into NHIAF's payroll account but then to immediately/automatically return them to NHIAF to support our mission. The funds were to be re-released back to us at such time as NHIAF improved its cash position though continuous fund-raising and/or NHIAF farm profits. Meanwhile, the accounting of the payroll (myself) and invoices (Julie Moran) continued as normal to reflect our work during the actual timeframe completed.

Most importantly, I could not in good conscience train farmers for a project unless I also knew we would be able to carry it out. From my earliest professional experiences at the Naval Academy and as a Marine officer, I was always taught that the mission comes first. As a result of our having returned/deferred our payroll funding, NHIAF was able to carry out a successful three-month trial of the NH Farm Fresh

*(handwritten margin note: "Not Approved in Scope of work")*

delivery service using online ordering and online back-office functionality. The farmers learned to use the system, *and* they made money from their product sales.

During this summer timeframe, in addition to the growing/delivery season, we were also moving the entire NHIAF farm operation out of the flood plain and to a new farm location 40 minutes away. I apologize for the interruption of communication with USDA, as we were also experiencing difficulties establishing phone and Internet service during the months of June-September.

As far as Julie Moran is concerned, she willingly delayed her compensation, as I did, until such time in early September that a retired USDA employee informed her that she was within her rights to immediately demand her compensation. NHIAF maintains that her manner of attempting to gain that compensation was extremely damaging to our organization. I have attached a copy of the letter sent from NHIAF's attorney stating our organization's position in this matter. NHIAF will issue her a closing statement for 2012 that will show that the compensation she is owed for her work on the 2012 RBEG is more than offset by the financial and reputational damages incurred by NHIAF.

To date, Julie Moran has declined our request to retract her defamatory statements. NHIAF will issue a final report for the 2012 RBEG after we receive documents she submitted to USDA that I believe can only be released through a Freedom of Information Act Request, which will be forthcoming. Ms. Moran faces legal action from NHIAF and also from the White Mountain Organic Growers Association in the event they are not awarded the Value-Added Producer Grant.

I also anticipate providing a follow-up report to our Congressional delegation regarding NHIAF's experiences surrounding the federal grant application and administrative process.

I would appreciate your guidance on the administrative settlement of this matter, and I want to make it very clear that my actions were forthright and made with the intention of satisfying the requirements of both the mission and the USDA reporting process.

Sincerely yours,

Suzanne Brown
Executive Director