| | |
|---|---|
| 1 | Q. And she told other people that fact? |
| 2 | A. That's correct. |
| 3 | Q. And you responded to that by having a lawyer |
| 4 | send her a letter threatening her with a defamation |
| 5 | action if she didn't retract? |
| 6 | A. Not that statement.  That statement was true. |
| 7 | But there were other statements made that were |
| 8 | completely untrue, which caused me to consult with our |
| 9 | attorney and for that letter to be sent. |
| 10 | Q. Okay.  Let's go to Government's 51d. |
| 11 | And this is your letter to Mr. Robinson, |
| 12 | right? |
| 13 | A. It is. |
| 14 | Q. And so let's go to the second page of that. |
| 15 | And the next to last paragraph says:  I also |
| 16 | anticipate providing a follow-up report to our |
| 17 | congressional delegation regarding NHIAF's experiences |
| 18 | surrounding the federal grants application and |
| 19 | administrative process. |
| 20 | A. That's correct.  I wrote that. |
| 21 | Q. Mr. Robinson had sort of challenged you here |
| 22 | about your use of the grant monies; right? |
| 23 | A. That's correct. |
| 24 | Q. And one of your responses was you were going |
| 25 | to make a report to the congressional delegation, right? |

```
 1          A.    That's right.  That was an intention.
 2          Q.    And turning to Government's I-14.  I'm sorry,
 3   Defendant's I-14.
 4                This is an e-mail from you to Julie and it
 5   says:  Nobody stays on the team if they are petty and
 6   complain to customers, not today, not in four weeks, not
 7   ever.
 8                Right?
 9          A.    That's correct.
10          Q.    And so a farmer had complained to one of the
11   people who buys the produce that they had not been paid,
12   right?
13          A.    At that time, I did not know what was
14   happening.  I just had heard that there were complaints
15   in general.
16          Q.    And your reaction was -- and I can take you
17   through all these e-mails if you want, but do you agree
18   there were many e-mails we've already looked at where
19   you say the farmers had every right to be upset with
20   you.
21          A.    Absolutely, yes.
22          Q.    Okay.  And so somebody complained?
23          A.    Correct.
24          Q.    And your response was, essentially, if they do
25   that, they're out of the program?
```