```
1         A.    That we would not sell for them going forward.
2         Q.    Right.
3         A.    That their services -- that particular farm
4    would be discontinued --
5         Q.    Right?
6         A.    -- because I have a high standard of
7    professionalism.
8         Q.    All right.  So Mr. Robinson challenged you and
9    you threatened -- you suggested you were going to tell
10   the congressional delegation, right?
11        A.    May I see that statement again, please?
12              THE COURT:  Well, that's up to you.  I mean --
13              MR. AFRAME:  I mean, I thought we went through
14   that already, but ...
15              THE COURT:  Yeah, that's not the point.
16              The point is the lawyer asking the questions
17   decides what you see when you're asking the questions.
18   You can --
19              THE WITNESS:  Yes, your Honor.
20              THE COURT:  It's all right.
21              You can -- you can not remember, but you can't
22   really ask him questions.
23              THE WITNESS:  Okay.
24              THE COURT:  That's the point.
25              THE WITNESS:  I don't remember what it says
```

1  without seeing exactly what I wrote.  Because this is
2  very important.
3       Q.   Okay.  You remember that when Ms. Moran
4  challenged things at NHIAF, you threatened defamation;
5  you had a lawyer write her a letter?
6       A.   When she challenged things at NHIAF.
7  That's -- challenging NHIAF was not why I had the lawyer
8  write her a letter.  I'm trying to obey the laws of the
9  Court and answer the questions properly.
10      Q.   I understand.  Maybe it was a bad question.
11           The e-mail on the screen, somebody complained
12 to a customer, and I think you agree it was a farmer,
13 because under the subject line it says, producer
14 professionalism --
15      A.   Correct.
16      Q.   -- and your response was if they do that, we
17 will no longer serve them.
18      A.   That's correct.
19      Q.   Back to 51.
20           Mr. Robinson, right, had challenged your use
21 of the grant funds, right?
22      A.   That's correct.
23      Q.   And it says that you're going to follow --
24 provide a follow-up report to the congressional
25 delegation about the grant application and

30

```
 1   administrative process.
 2           That's what it says, right?
 3      A.   I said I would anticipate -- yes, that's what
 4   that says.
 5      Q.   And you didn't do it?
 6      A.   No, I did not do it.
 7      Q.   All right.  But you told him at that point in
 8   time he should expect you to do that?
 9      A.   Correct.
10      Q.   And turning to Government's Exhibit 38, this
11   is the letter that your lawyer wrote to Ms. Moran?
12      A.   Yes, I recognize it.
13      Q.   And do you agree that the -- that you were
14   asking her to cease and desist saying negative things
15   about NHIAF?
16      A.   And myself.
17      Q.   And yourself?
18      A.   (Nods head.)
19      Q.   And that further action could be taken if she
20   didn't?
21      A.   May I see where I wrote that or where
22   Mr. Malia wrote it, actually.
23      Q.   The last sentence, it says -- this is to
24   Ms. Moran, and Peter J. Malia, Jr., was your lawyer for
25   this matter?
```