1  She knows how to do business.  She certainly knows how
2  to call someone on the phone and ask them how much they
3  worked.  But she didn't do it because it was convenient
4  not to.  She knew what she was doing.
5             And, lastly, you should consider how she acts
6  when she's challenged on what she had done.  What does
7  she do?  She lashes out.  When David Robinson said --
8  questioned what she did with the money, she threatened
9  to tell the congressional delegation about her
10 dissatisfaction with the grant process.  When a farmer
11 who hasn't been paid dared to say to one of the
12 restaurants or other customers, I haven't been paid, she
13 threatens to throw him out of the program.  When
14 Julie Moran says, I have been cheated, she threatens her
15 with a defamation action.
16            Anyone who has a child should recognize this
17 behavior.  When you're caught in a lie, what do you do?
18 You try to blame someone else.  That's what she did.
19 Every time someone's on the trail, she blames them.  She
20 knew what she was doing.  And what else does she do?
21 She accuses everyone else of not telling the truth.
22 Another tactic when you know what you've done is false.
23            You heard her testimony here.  Julie Moran had
24 it wrong; Wilma Yowell had it wrong; Daimon Meeh had it
25 wrong; Kathy Redmond had it wrong; Sarah Charles had it