Case 1:16-cr-00021-JL   Document 176   Filed 09/03/25   Page 1 of 1

    **Farmer Brown <greatnorthwoodsfarm@gmail.com>**

# RE: [EXTERNAL] Fwd: Activity in Case 1:16-cr-00021-JL USA v. Brown Cure Notice - Action Requested
1 message

**Rombeau, Charles (USANH)** <Charles.Rombeau@usdoj.gov>                        Wed, Sep 3, 2025 at 8:39 AM
To: Great North Woods Farm <greatnorthwoodsfarm@gmail.com>
Cc: Kellie Otis <Kellie_Otis@nhd.uscourts.gov>

The government does not object to Ms. Brown's motion to supplement her prior pleading.

---

Charles L. Rombeau

Assistant United States Attorney

53 Pleasant Street, 4th Floor

Concord, New Hampshire 03301

charles.rombeau@usdoj.gov

---

**From:** Great North Woods Farm <greatnorthwoodsfarm@gmail.com>
**Sent:** Wednesday, September 3, 2025 8:18 AM
**To:** Rombeau, Charles (USANH) <Charles.Rombeau@usdoj.gov>
**Cc:** Kellie Otis <Kellie_Otis@nhd.uscourts.gov>
**Subject:** [EXTERNAL] Fwd: Activity in Case 1:16-cr-00021-JL USA v. Brown Cure Notice - Action Requested

Mr. Rombeau:

Please excuse my unintentional oversight re: Rule 7.1 (concurrence).

Will you please assent to the motion (Doc. 175)?

Thank you,

Skip