UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SUZANNE BROWN )<br>_____ ) | Criminal Case No. 1:16-cr-0021-JL |

**<u>GOVERNMENT'S RESPONSE TO MOTION TO COMPEL AUTHENTICATION</u>**

On November 21, 2025, defendant filed a "Motion to Compel Authentication of Government-Produced Discovery or, in the Alternative, for Government Stipulation to Authenticity." Dkt. No. 187. Through this latest motion, defendant seeks to have the Court compel the government to authenticate or otherwise stipulation that an April 19, 2012, letter signed by Senator Jeanne Shaheen. *Id.* at 1. Defendant previously submitted a copy of the April 19, 2012 letter *as part of* Exhibit D to her September 1, 2025 "Motion to Supplement Pleadings." Dkt. No. 175. The one-page letter in question is docketed *as part of* filing No. 175-5, and bears discovery production markings from the U.S. Attorney's Office: "13R172_USDA-00557."

The Court requested the government file a notification regarding its position on the authenticity of the April 19, 2012 letter by today's date. The government does <u>not</u> dispute the authenticity of the one-page April 19, 2012 letter. As of today's filing, the government has been unable to locate its original discovery production to Ms. Brown's trial counsel and it is unclear if such records still exist. However, the government's discovery production cover letter indicates a page bearing "13R172_USDA-00557" was produced on an encrypted CD as part of the government's initial post-indictment discovery production on or about March 4, 2016. Specifically, the entry reads:

| Bates Range | Item Description |
|---|---|
| 13R172_USDA-00423 thru 793 | FY-12 RBEG for $18,000 |

The government therefore does not dispute that the April 19, 2012, letter from Senator Shaheen is authentic. But that does not fully resolve defendant's request. Defendant's September 1, 2025 affidavit, Dkt. No. 175-1, reveals defendant believes the April 19, 2012 Shaheen letter "should have been" included as part of a trial exhibit to defendant's own January 22, 2013 letter to David Robinson.[1] *See* Defendant's Affidavit, Dkt. 175-1, at ¶ 13 and Exhibits C & D. The January 22, 2013, two-page letter from the defendant to David Robinson was entered into evidence at trial, apparently without objection, as government's Exhibit 51. *See* Government's Amended Exhibit List at 4, Dkt. No. 33.

The undersigned has reviewed the available materials and cannot find any evidence to support defendant's claim in her 2025 affidavit, and therefore does <u>not</u> stipulate that defendant attached the April 19, 2012 letter from Senator Shaheen to her own January 22, 2013 letter to David Robinson. Rather, the available evidence shows:

- Defendant's January 22, 2013, letter makes no reference to any "enclosures" or "attachments" being provided to Mr. Robinson.

- Defendant's January 22, 2013 letter does not refer to Senator Shaheen or the substance of the April 19, 2012 letter in any way.

- Mr. Robinson testified at trial that Ms. Brown brought him "a letter"- not three letters as defendant now contends. *See* January 20, 2017 Trial Transcript, Day 3, PM Session, Dkt. No. 44 at 92:11-19. He reiterated on cross that Ms. Brown "provided [him] the letter." *Id.* at 108:1-2.

---

[1] The Defendant's January 22, 2013 letter to David Robinson apparently mistakenly refers to the year as "2012" rather than "2013" on its face.

- Defendant was also asked questions by her own attorney about Exhibit 51, and failed to say that her January 2013 letter was missing any attachments. *See* January 25, 2017 Trial Transcript, Day 4, PM Session, Dkt. No. 41, at 21:17-22:24.

Based on this record, the government does <u>not</u> stipulate that the Shaheen letter was part of or otherwise attached to the defendant's January 2013 letter to Mr. Robinson. Regardless of whether Ms. Brown did or did not provide Mr. Robinson the Shaheen letter in early 2013, the government's position is the same: the defendant is not entitled to coram nobis relief.

Dated: December 2, 2025

Respectfully submitted,

ERIN CREEGAN
United States Attorney

By: /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
charles.rombeau@usdoj.gov