UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>SUZANNE BROWN )<br>) | Criminal Case No. 1:16-cr-0021-JL |

**GOVERNMENT'S NOTICE OF CORRECTION**

On December 2, 2025, the government filed its Court-ordered response to defendant's "Motion to Compel Authentication of Government-Produced Discovery or, in the Alternative, for Government Stipulation to Authenticity," concurring in the authenticity of an April 19, 2012, letter apparently signed by Senator Jeanne Shaheen. Dkt. No. 190. The government seeks to correct its additional statement about defendant's January 22, 2013 letter to David Robinson: The government incorrectly stated that "Defendant's January 22, 2013 letter does not refer to Senator Shaheen or the substance of the April 19, 2012 letter in any way." *Id.* at 2. The undersigned reviewed the letter prior to filing Dkt. No. 190, but nevertheless made a mistake that must be corrected after further review of the document and defendant's filing this morning: As is clear from the face of Defendant's letter, Ms. Brown wrote that "I have attached the April 19, 2012 letter submitted to NIFA by Sen. Jeanne Shaheen on our behalf." *See* Dkt. No. 175-5 at 1. The government regrets this error.

Dated: December 3, 2025

Respectfully submitted,

ERIN CREEGAN
United States Attorney

By:   /s/ Charles L. Rombeau
Charles L. Rombeau
Assistant U.S. Attorney
53 Pleasant Street, 4th Floor
Concord, New Hampshire 03301
charles.rombeau@usdoj.gov