UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

INTERLOCUTORY APPEAL COVER SHEET

1. USDC/NH Case No. 16-cr-21-01-JL

2. TITLE OF CASE: United States of America v. Suzanne Brown

3. TYPE OF CASE: Criminal

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Joseph Laplante

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **January 23, & February 3, 2026**

8. DATE OF NOTICE OF APPEAL: **February 13, 2026**

9. FEE PAID or IFP: Not Applicable

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER and DATE: Brenda K. Hancock, 12/15/2025

12. TRANSCRIPTS ORDERED/ON FILE: YES (doc. no. 199)

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: Not Applicable

16. RELATED CASES: Previous appeals 18-1620, 21-2015, 25-1289I

17. SPECIAL COMMENTS: Defendant filed the Notice of Transcript Order Request at USDC, District of New Hampshire (doc. no. 206).